# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-747-417

Effective date of registration:

June 27, 2011

## Title
- **Title of Work:** Teen Anal Sluts

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** May 10, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** 4:TWENTY Media Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** Seychelles
- **Domiciled in:** Seychelles

## Copyright claimant
- **Copyright Claimant:** 4twentymedia
  Global Gateway 2970, Rue De La Perle, Providence, Mahe, Seychelles

## Rights and Permissions
- **Organization Name:** 4:TWENTY Media Inc.
- **Email:** 4twentymedia@googlemail.com
- **Address:** Gateway 2970
  Rue De La Perle
  Providence, Mahe, Seychelles

## Certification
- **Name:** Christoph Petznick
- **Date:** May 19, 2011

Page 1 of