UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 6:12-cv-00031 |
| v. ) | |
| ) | |
| SWARM SHARING HASH FILES ) | JUDGE DOHERTY |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, ) | |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, ) | MAG. JUDGE HILL |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; ) | |
| AND DOES 1-1,341. ) | ***JURY TRIAL DEMANDED*** |
| ) | |
| *Defendants*. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**MAY IT PLEASE THE COURT**:

Undersigned counsel hereby moves to withdraw as counsel of record for Plaintiff 4:20 Media, Inc. ("Plaintiff"), pursuant to the Western District of Louisiana's Local Rule 83.2.11, and in support of this motion states as follows:

1. Undersigned counsel filed a complaint (the "Complaint") on behalf of Plaintiff on January 10, 2012.

2. Undersigned counsel filed the Complaint as local counsel for Plaintiff, who had retained Paul A. Lesko (Louisiana Bar No. 26567), of the law firm of Simmons Browder Gianaris Angelides & Barnerd, LLC, to pursue this matter. At the time the Complaint was filed,

Mr. Lesko was a member in good standing of the Louisiana bar but was not yet admitted to practice in the Western District of Louisiana.

3. Mr. Lesko subsequently obtained admission to practice in the Western District of Louisiana, and, on January 27, 2012, undersigned counsel filed a motion to enroll Mr. Lesko and Simmons Browder Gianaris Angelides & Barnerd, LLC, as counsel of record for Plaintiff in this matter.

4. On January 30, 2012, this Court granted that motion and entered an order enrolling Mr. Lesko as counsel of record.

5. Undersigned counsel now seeks to withdraw as counsel of record for Plaintiff. Mr. Lesko and his firm will be handling all future proceedings in this matter.

6. Granting this motion will not leave Plaintiff unrepresented in this matter.

WHEREFORE, under Western District of Louisiana's Local Rule 83.2.11, undersigned counsel moves to withdraw as counsel for the plaintiff, 4:20 Media, Inc., as soon as possible.

Dated:  March 5, 2012                     Respectfully submitted,

                                    /s/ Joseph C. Peiffer
                                    Joseph C. Peiffer
                                    FISHMAN HAYGOOD PHELPS WALMSLEY
                                        WILLIS & SWANSON, L.L.P.
                                    201 St. Charles Avenue, 46th Floor
                                    New Orleans, LA 70170-4600
                                    Tel:  (504) 586-5259
                                    Fax: (504) 586-5250
                                    Email: jpeiffer@fishmanhaygood.com
                                    *Attorney for Plaintiff 4: Twenty Media Inc.*

445748v.1

**C E R T I F I C A T E**

  I hereby certify that on March 5, 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                   */s/ Joseph C. Peiffer*

445748v.1