## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| | ) |
| SWARM SHARING HASH FILES | ) |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, | ) |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, | ) *JURY TRIAL DEMANDED* |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; | ) |
| AND DOES 1-1,341, | ) |
| *Defendant*s. | ) |
| | ) |

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF SPECIFIC DOE DEFENDANTS

Plaintiff hereby files this Notice of Voluntary Dismissal, through which it dismisses without prejudice the Doe Defendants listed below.  This notice of voluntary Dismissal is specific to the 494 Doe Defendants identified below and **does not apply** to any Defendants other than those listed herein. After this dismissal, 847 John Does will remain in this action.

| Doe Number | IPAddress | ISP Legal Name |
|---|---|---|
| 10 | 98.211.34.126 | Comcast Corporation |
| 11 | 71.57.161.4 | Comcast Corporation |
| 14 | 76.114.212.16 | Comcast Corporation |
| 17 | 71.234.12.199 | Comcast Corporation |
| 18 | 68.49.44.236 | Comcast Corporation |
| 32 | 76.105.120.14 | Comcast Corporation |
| 33 | 75.72.218.229 | Comcast Corporation |
| 35 | 75.67.14.217 | Comcast Corporation |
| 37 | 98.240.48.140 | Comcast Corporation |
| 38 | 98.254.115.149 | Comcast Corporation |
| 39 | 98.233.239.219 | Comcast Corporation |

1

| 43  | 67.185.128.205  | Comcast Corporation |
| 46  | 24.62.106.85    | Comcast Corporation |
| 60  | 76.99.114.106   | Comcast Corporation |
| 62  | 67.189.87.144   | Comcast Corporation |
| 66  | 69.245.157.101  | Comcast Corporation |
| 67  | 71.61.176.183   | Comcast Corporation |
| 68  | 98.226.196.39   | Comcast Corporation |
| 70  | 98.250.67.150   | Comcast Corporation |
| 72  | 98.233.77.194   | Comcast Corporation |
| 74  | 67.175.107.233  | Comcast Corporation |
| 102 | 76.29.27.228    | Comcast Corporation |
| 105 | 50.129.45.244   | Comcast Corporation |
| 106 | 76.27.10.117    | Comcast Corporation |
| 113 | 69.181.219.90   | Comcast Corporation |
| 114 | 24.21.101.179   | Comcast Corporation |
| 115 | 67.181.238.181  | Comcast Corporation |
| 119 | 67.186.207.194  | Comcast Corporation |
| 122 | 71.63.239.228   | Comcast Corporation |
| 123 | 98.226.45.206   | Comcast Corporation |
| 124 | 68.47.243.233   | Comcast Corporation |
| 125 | 71.228.208.66   | Comcast Corporation |
| 126 | 66.229.129.97   | Comcast Corporation |
| 131 | 174.63.19.66    | Comcast Corporation |
| 132 | 98.252.24.33    | Comcast Corporation |
| 144 | 71.202.109.246  | Comcast Corporation |
| 147 | 67.183.219.26   | Comcast Corporation |
| 149 | 71.231.190.144  | Comcast Corporation |
| 156 | 98.213.250.68   | Comcast Corporation |
| 157 | 67.190.117.0    | Comcast Corporation |
| 159 | 24.10.153.109   | Comcast Corporation |
| 160 | 67.165.166.225  | Comcast Corporation |
| 163 | 24.60.244.2     | Comcast Corporation |
| 164 | 67.185.200.133  | Comcast Corporation |
| 165 | 174.59.147.196  | Comcast Corporation |
| 168 | 69.142.189.148  | Comcast Corporation |
| 170 | 67.164.47.133   | Comcast Corporation |
| 174 | 67.186.199.236  | Comcast Corporation |
| 203 | 76.109.99.207   | Comcast Corporation |
| 204 | 174.48.142.11   | Comcast Corporation |
| 205 | 24.30.36.4      | Comcast Corporation |
| 207 | 71.204.7.8      | Comcast Corporation |
| 208 | 67.174.60.36    | Comcast Corporation |
| 213 | 69.246.190.33   | Comcast Corporation |
| 219 | 75.68.219.124   | Comcast Corporation |

| 227 | 76.103.168.40 | Comcast Corporation |
|-----|---------------|---------------------|
| 229 | 68.81.194.138 | Comcast Corporation |
| 237 | 24.98.122.80 | Comcast Corporation |
| 239 | 76.122.23.153 | Comcast Corporation |
| 252 | 75.64.203.195 | Comcast Corporation |
| 256 | 76.21.68.21 | Comcast Corporation |
| 258 | 75.71.199.19 | Comcast Corporation |
| 260 | 98.226.185.139 | Comcast Corporation |
| 261 | 68.32.131.190 | Comcast Corporation |
| 262 | 67.160.212.57 | Comcast Corporation |
| 268 | 67.161.104.171 | Comcast Corporation |
| 272 | 76.25.15.232 | Comcast Corporation |
| 274 | 71.203.147.108 | Comcast Corporation |
| 276 | 69.143.117.0 | Comcast Corporation |
| 277 | 24.21.43.173 | Comcast Corporation |
| 284 | 76.111.13.28 | Comcast Corporation |
| 288 | 67.170.178.154 | Comcast Corporation |
| 296 | 76.116.187.186 | Comcast Corporation |
| 300 | 68.54.86.66 | Comcast Corporation |
| 302 | 76.115.5.223 | Comcast Corporation |
| 306 | 98.227.180.160 | Comcast Corporation |
| 314 | 71.195.201.107 | Comcast Corporation |
| 326 | 24.7.14.92 | Comcast Corporation |
| 328 | 76.18.59.149 | Comcast Corporation |
| 333 | 98.228.141.244 | Comcast Corporation |
| 335 | 98.223.59.161 | Comcast Corporation |
| 339 | 98.234.11.252 | Comcast Corporation |
| 341 | 68.38.143.217 | Comcast Corporation |
| 349 | 71.233.137.209 | Comcast Corporation |
| 351 | 98.195.103.214 | Comcast Corporation |
| 355 | 75.72.168.136 | Comcast Corporation |
| 356 | 76.26.31.119 | Comcast Corporation |
| 359 | 50.128.161.156 | Comcast Corporation |
| 360 | 24.12.156.42 | Comcast Corporation |
| 363 | 174.49.76.174 | Comcast Corporation |
| 367 | 68.42.20.154 | Comcast Corporation |
| 368 | 24.218.61.229 | Comcast Corporation |
| 373 | 71.237.40.84 | Comcast Corporation |
| 376 | 76.27.55.222 | Comcast Corporation |
| 379 | 69.244.209.170 | Comcast Corporation |
| 382 | 50.131.58.96 | Comcast Corporation |
| 384 | 98.237.141.120 | Comcast Corporation |
| 385 | 98.207.136.197 | Comcast Corporation |
| 389 | 76.105.186.15 | Comcast Corporation |

| 394 | 66.176.128.181 | Comcast Corporation |
|-----|----------------|---------------------|
| 397 | 75.64.89.9 | Comcast Corporation |
| 399 | 174.56.104.88 | Comcast Corporation |
| 400 | 69.136.216.23 | Comcast Corporation |
| 401 | 69.140.187.25 | Comcast Corporation |
| 402 | 67.174.219.91 | Comcast Corporation |
| 406 | 68.82.42.230 | Comcast Corporation |
| 410 | 69.246.36.196 | Comcast Corporation |
| 415 | 71.238.122.150 | Comcast Corporation |
| 419 | 75.70.78.211 | Comcast Corporation |
| 421 | 174.56.10.87 | Comcast Corporation |
| 425 | 67.164.47.133 | Comcast Corporation |
| 427 | 67.170.26.54 | Comcast Corporation |
| 429 | 67.170.186.212 | Comcast Corporation |
| 430 | 67.163.63.118 | Comcast Corporation |
| 435 | 98.250.113.88 | Comcast Corporation |
| 439 | 67.188.106.40 | Comcast Corporation |
| 443 | 76.110.239.79 | Comcast Corporation |
| 444 | 69.248.56.114 | Comcast Corporation |
| 445 | 24.18.246.26 | Comcast Corporation |
| 450 | 68.61.151.137 | Comcast Corporation |
| 451 | 76.108.48.32 | Comcast Corporation |
| 452 | 24.4.248.19 | Comcast Corporation |
| 456 | 76.113.40.10 | Comcast Corporation |
| 458 | 69.181.10.50 | Comcast Corporation |
| 460 | 98.216.215.144 | Comcast Corporation |
| 461 | 71.232.244.246 | Comcast Corporation |
| 466 | 76.22.26.151 | Comcast Corporation |
| 467 | 67.176.223.203 | Comcast Corporation |
| 470 | 68.37.172.68 | Comcast Corporation |
| 471 | 67.160.198.56 | Comcast Corporation |
| 475 | 71.193.215.123 | Comcast Corporation |
| 480 | 68.83.234.95 | Comcast Corporation |
| 485 | 98.217.39.29 | Comcast Corporation |
| 486 | 68.41.240.129 | Comcast Corporation |
| 489 | 67.187.21.26 | Comcast Corporation |
| 491 | 75.72.244.183 | Comcast Corporation |
| 492 | 67.180.39.78 | Comcast Corporation |
| 495 | 67.187.204.158 | Comcast Corporation |
| 496 | 67.170.201.64 | Comcast Corporation |
| 498 | 76.106.18.147 | Comcast Corporation |
| 503 | 71.197.103.154 | Comcast Corporation |
| 512 | 67.186.124.30 | Comcast Corporation |
| 515 | 68.50.45.46 | Comcast Corporation |

| 517 | 67.190.117.0 | Comcast Corporation |
|---|---|---|
| 518 | 98.246.114.176 | Comcast Corporation |
| 520 | 98.245.183.200 | Comcast Corporation |
| 524 | 98.235.145.206 | Comcast Corporation |
| 526 | 98.232.153.106 | Comcast Corporation |
| 530 | 76.114.202.222 | Comcast Corporation |
| 535 | 71.234.92.20 | Comcast Corporation |
| 537 | 69.243.204.62 | Comcast Corporation |
| 538 | 174.49.227.53 | Comcast Corporation |
| 539 | 68.38.17.16 | Comcast Corporation |
| 540 | 24.61.187.42 | Comcast Corporation |
| 541 | 98.228.232.247 | Comcast Corporation |
| 542 | 98.207.146.84 | Comcast Corporation |
| 546 | 76.31.143.58 | Comcast Corporation |
| 547 | 76.18.22.179 | Comcast Corporation |
| 548 | 98.254.88.8 | Comcast Corporation |
| 550 | 24.19.44.150 | Comcast Corporation |
| 552 | 68.83.200.36 | Comcast Corporation |
| 562 | 67.186.249.154 | Comcast Corporation |
| 563 | 24.10.25.124 | Comcast Corporation |
| 564 | 68.56.174.186 | Comcast Corporation |
| 569 | 76.115.91.76 | Comcast Corporation |
| 571 | 174.51.243.169 | Comcast Corporation |
| 578 | 75.67.249.134 | Comcast Corporation |
| 579 | 174.56.4.41 | Comcast Corporation |
| 580 | 67.187.14.232 | Comcast Corporation |
| 588 | 98.207.145.157 | Comcast Corporation |
| 592 | 67.160.41.235 | Comcast Corporation |
| 595 | 67.160.67.113 | Comcast Corporation |
| 599 | 98.208.229.205 | Comcast Corporation |
| 600 | 98.231.65.24 | Comcast Corporation |
| 604 | 98.218.64.154 | Comcast Corporation |
| 607 | 68.55.190.253 | Comcast Corporation |
| 608 | 24.16.192.92 | Comcast Corporation |
| 611 | 98.230.8.224 | Comcast Corporation |
| 612 | 24.60.237.33 | Comcast Corporation |
| 614 | 68.80.161.161 | Comcast Corporation |
| 617 | 68.34.189.30 | Comcast Corporation |
| 619 | 98.220.226.146 | Comcast Corporation |
| 625 | 24.127.212.77 | Comcast Corporation |
| 626 | 24.11.108.121 | Comcast Corporation |
| 627 | 98.208.164.152 | Comcast Corporation |
| 629 | 76.115.125.232 | Comcast Corporation |
| 632 | 71.230.181.250 | Comcast Corporation |

| 634 | 76.118.217.179 | Comcast Corporation |
|-----|----------------|---------------------|
| 635 | 65.96.151.94 | Comcast Corporation |
| 636 | 67.170.212.87 | Comcast Corporation |
| 638 | 24.126.199.37 | Comcast Corporation |
| 641 | 67.190.134.184 | Comcast Corporation |
| 644 | 24.9.20.63 | Comcast Corporation |
| 649 | 66.229.243.13 | Comcast Corporation |
| 652 | 76.24.234.109 | Comcast Corporation |
| 653 | 98.249.115.41 | Comcast Corporation |
| 658 | 66.229.17.237 | Comcast Corporation |
| 659 | 75.72.218.217 | Comcast Corporation |
| 661 | 24.9.37.42 | Comcast Corporation |
| 667 | 98.215.248.73 | Comcast Corporation |
| 669 | 98.248.94.185 | Comcast Corporation |
| 671 | 67.191.90.215 | Comcast Corporation |
| 672 | 71.201.18.100 | Comcast Corporation |
| 674 | 24.18.106.50 | Comcast Corporation |
| 676 | 98.216.113.1 | Comcast Corporation |
| 680 | 67.171.116.118 | Comcast Corporation |
| 682 | 68.84.189.65 | Comcast Corporation |
| 685 | 98.253.82.29 | Comcast Corporation |
| 687 | 67.185.99.231 | Comcast Corporation |
| 688 | 67.185.174.59 | Comcast Corporation |
| 693 | 98.246.164.120 | Comcast Corporation |
| 695 | 71.201.67.63 | Comcast Corporation |
| 697 | 24.91.199.217 | Comcast Corporation |
| 699 | 76.103.103.228 | Comcast Corporation |
| 700 | 69.181.93.120 | Comcast Corporation |
| 706 | 67.171.246.118 | Comcast Corporation |
| 714 | 67.182.70.112 | Comcast Corporation |
| 718 | 76.127.118.178 | Comcast Corporation |
| 727 | 67.191.16.50 | Comcast Corporation |
| 732 | 98.208.40.38 | Comcast Corporation |
| 735 | 98.222.230.68 | Comcast Corporation |
| 742 | 67.173.31.228 | Comcast Corporation |
| 745 | 67.181.215.75 | Comcast Corporation |
| 748 | 71.199.6.144 | Comcast Corporation |
| 749 | 76.104.227.248 | Comcast Corporation |
| 757 | 69.138.232.73 | Comcast Corporation |
| 760 | 67.191.5.30 | Comcast Corporation |
| 762 | 98.233.181.210 | Comcast Corporation |
| 763 | 24.20.2.35 | Comcast Corporation |
| 766 | 24.1.158.109 | Comcast Corporation |
| 768 | 67.188.123.70 | Comcast Corporation |

| | | |
|---|---|---|
| 771 | 71.62.226.142 | Comcast Corporation |
| 775 | 67.166.129.226 | Comcast Corporation |
| 778 | 98.243.124.30 | Comcast Corporation |
| 779 | 98.233.1.89 | Comcast Corporation |
| 780 | 67.181.51.158 | Comcast Corporation |
| 785 | 24.61.120.11 | Comcast Corporation |
| 787 | 71.233.230.223 | Comcast Corporation |
| 788 | 71.57.2.247 | Comcast Corporation |
| 792 | 98.207.142.2 | Comcast Corporation |
| 795 | 71.198.99.187 | Comcast Corporation |
| 796 | 76.29.210.199 | Comcast Corporation |
| 801 | 67.186.199.236 | Comcast Corporation |
| 804 | 71.56.170.98 | Comcast Corporation |
| 808 | 67.175.248.158 | Comcast Corporation |
| 813 | 71.61.37.145 | Comcast Corporation |
| 814 | 76.17.233.143 | Comcast Corporation |
| 815 | 76.105.133.236 | Comcast Corporation |
| 816 | 71.206.8.149 | Comcast Corporation |
| 817 | 68.44.99.82 | Comcast Corporation |
| 821 | 68.45.40.103 | Comcast Corporation |
| 824 | 68.39.248.159 | Comcast Corporation |
| 828 | 69.140.245.189 | Comcast Corporation |
| 829 | 67.171.209.246 | Comcast Corporation |
| 830 | 24.9.40.106 | Comcast Corporation |
| 835 | 76.105.177.168 | Comcast Corporation |
| 836 | 24.21.158.240 | Comcast Corporation |
| 838 | 24.23.45.160 | Comcast Corporation |
| 842 | 98.249.175.142 | Comcast Corporation |
| 843 | 66.31.241.80 | Comcast Corporation |
| 844 | 68.49.129.125 | Comcast Corporation |
| 5 | 72.227.186.115 | Time Warner Cable Inc. (Road Runner) |
| 13 | 67.250.104.180 | Time Warner Cable Inc. (Road Runner) |
| 19 | 24.167.36.168 | Time Warner Cable Inc. (Road Runner) |
| 27 | 24.26.209.190 | Time Warner Cable Inc. (Road Runner) |
| 29 | 76.95.68.117 | Time Warner Cable Inc. (Road Runner) |
| 30 | 70.126.29.13 | Time Warner Cable Inc. (Road Runner) |
| 52 | 24.28.14.32 | Time Warner Cable Inc. (Road Runner) |
| 53 | 66.8.183.162 | Time Warner Cable Inc. (Road Runner) |
| 54 | 67.48.19.119 | Time Warner Cable Inc. (Road Runner) |
| 57 | 98.154.151.177 | Time Warner Cable Inc. (Road Runner) |
| 58 | 76.92.150.10 | Time Warner Cable Inc. (Road Runner) |
| 59 | 184.153.113.172 | Time Warner Cable Inc. (Road Runner) |
| 64 | 72.188.118.60 | Time Warner Cable Inc. (Road Runner) |
| 76 | 76.189.208.4 | Time Warner Cable Inc. (Road Runner) |

| 80 | 76.169.13.213 | Time Warner Cable Inc. (Road Runner) |
| 81 | 68.207.213.178 | Time Warner Cable Inc. (Road Runner) |
| 103 | 24.165.106.244 | Time Warner Cable Inc. (Road Runner) |
| 107 | 67.247.79.9 | Time Warner Cable Inc. (Road Runner) |
| 110 | 67.242.65.33 | Time Warner Cable Inc. (Road Runner) |
| 117 | 69.203.211.80 | Time Warner Cable Inc. (Road Runner) |
| 120 | 70.115.13.40 | Time Warner Cable Inc. (Road Runner) |
| 127 | 72.183.57.195 | Time Warner Cable Inc. (Road Runner) |
| 128 | 24.193.41.132 | Time Warner Cable Inc. (Road Runner) |
| 135 | 24.170.47.112 | Time Warner Cable Inc. (Road Runner) |
| 139 | 76.178.50.166 | Time Warner Cable Inc. (Road Runner) |
| 140 | 69.205.18.196 | Time Warner Cable Inc. (Road Runner) |
| 143 | 24.28.183.88 | Time Warner Cable Inc. (Road Runner) |
| 145 | 173.171.176.21 | Time Warner Cable Inc. (Road Runner) |
| 152 | 76.176.189.8 | Time Warner Cable Inc. (Road Runner) |
| 167 | 70.127.28.238 | Time Warner Cable Inc. (Road Runner) |
| 176 | 173.89.114.151 | Time Warner Cable Inc. (Road Runner) |
| 178 | 24.27.108.133 | Time Warner Cable Inc. (Road Runner) |
| 179 | 69.76.27.75 | Time Warner Cable Inc. (Road Runner) |
| 193 | 184.153.64.156 | Time Warner Cable Inc. (Road Runner) |
| 198 | 67.78.182.130 | Time Warner Cable Inc. (Road Runner) |
| 201 | 72.135.196.105 | Time Warner Cable Inc. (Road Runner) |
| 211 | 71.40.134.214 | Time Warner Cable Inc. (Road Runner) |
| 215 | 69.203.21.146 | Time Warner Cable Inc. (Road Runner) |
| 216 | 68.207.190.209 | Time Warner Cable Inc. (Road Runner) |
| 223 | 76.88.135.73 | Time Warner Cable Inc. (Road Runner) |
| 225 | 65.31.5.114 | Time Warner Cable Inc. (Road Runner) |
| 230 | 24.43.35.233 | Time Warner Cable Inc. (Road Runner) |
| 232 | 76.91.2.176 | Time Warner Cable Inc. (Road Runner) |
| 238 | 24.90.208.53 | Time Warner Cable Inc. (Road Runner) |
| 240 | 65.32.124.168 | Time Warner Cable Inc. (Road Runner) |
| 245 | 69.76.199.123 | Time Warner Cable Inc. (Road Runner) |
| 246 | 68.174.220.134 | Time Warner Cable Inc. (Road Runner) |
| 247 | 98.122.182.5 | Time Warner Cable Inc. (Road Runner) |
| 251 | 76.170.208.55 | Time Warner Cable Inc. (Road Runner) |
| 253 | 66.74.164.36 | Time Warner Cable Inc. (Road Runner) |
| 259 | 184.57.238.180 | Time Warner Cable Inc. (Road Runner) |
| 263 | 173.168.151.66 | Time Warner Cable Inc. (Road Runner) |
| 265 | 72.188.79.226 | Time Warner Cable Inc. (Road Runner) |
| 267 | 75.177.156.49 | Time Warner Cable Inc. (Road Runner) |
| 269 | 65.185.133.82 | Time Warner Cable Inc. (Road Runner) |
| 271 | 76.185.215.42 | Time Warner Cable Inc. (Road Runner) |
| 273 | 173.172.176.5 | Time Warner Cable Inc. (Road Runner) |
| 275 | 72.184.39.137 | Time Warner Cable Inc. (Road Runner) |

| 281 | 24.24.186.228 | Time Warner Cable Inc. (Road Runner) |
| 285 | 97.101.186.1 | Time Warner Cable Inc. (Road Runner) |
| 287 | 76.186.246.107 | Time Warner Cable Inc. (Road Runner) |
| 291 | 24.165.165.83 | Time Warner Cable Inc. (Road Runner) |
| 293 | 66.74.185.198 | Time Warner Cable Inc. (Road Runner) |
| 294 | 173.168.160.110 | Time Warner Cable Inc. (Road Runner) |
| 298 | 71.72.215.61 | Time Warner Cable Inc. (Road Runner) |
| 299 | 97.100.37.191 | Time Warner Cable Inc. (Road Runner) |
| 301 | 174.101.206.212 | Time Warner Cable Inc. (Road Runner) |
| 304 | 75.87.133.254 | Time Warner Cable Inc. (Road Runner) |
| 305 | 72.186.22.108 | Time Warner Cable Inc. (Road Runner) |
| 308 | 75.85.43.38 | Time Warner Cable Inc. (Road Runner) |
| 310 | 72.189.188.18 | Time Warner Cable Inc. (Road Runner) |
| 312 | 72.183.118.172 | Time Warner Cable Inc. (Road Runner) |
| 313 | 69.133.84.64 | Time Warner Cable Inc. (Road Runner) |
| 316 | 70.113.63.101 | Time Warner Cable Inc. (Road Runner) |
| 324 | 66.69.4.196 | Time Warner Cable Inc. (Road Runner) |
| 325 | 173.197.154.106 | Time Warner Cable Inc. (Road Runner) |
| 330 | 70.122.113.117 | Time Warner Cable Inc. (Road Runner) |
| 331 | 71.65.55.227 | Time Warner Cable Inc. (Road Runner) |
| 334 | 72.177.48.187 | Time Warner Cable Inc. (Road Runner) |
| 336 | 71.71.67.34 | Time Warner Cable Inc. (Road Runner) |
| 337 | 98.28.93.218 | Time Warner Cable Inc. (Road Runner) |
| 342 | 173.172.202.213 | Time Warner Cable Inc. (Road Runner) |
| 343 | 76.175.252.24 | Time Warner Cable Inc. (Road Runner) |
| 344 | 70.122.115.50 | Time Warner Cable Inc. (Road Runner) |
| 347 | 98.148.94.6 | Time Warner Cable Inc. (Road Runner) |
| 348 | 68.174.222.80 | Time Warner Cable Inc. (Road Runner) |
| 350 | 76.171.52.193 | Time Warner Cable Inc. (Road Runner) |
| 352 | 74.70.91.91 | Time Warner Cable Inc. (Road Runner) |
| 353 | 76.187.127.154 | Time Warner Cable Inc. (Road Runner) |
| 354 | 67.248.248.115 | Time Warner Cable Inc. (Road Runner) |
| 370 | 76.187.76.81 | Time Warner Cable Inc. (Road Runner) |
| 371 | 72.228.180.247 | Time Warner Cable Inc. (Road Runner) |
| 372 | 75.83.88.246 | Time Warner Cable Inc. (Road Runner) |
| 378 | 75.176.113.133 | Time Warner Cable Inc. (Road Runner) |
| 390 | 76.178.43.252 | Time Warner Cable Inc. (Road Runner) |
| 393 | 74.73.21.26 | Time Warner Cable Inc. (Road Runner) |
| 395 | 74.67.143.242 | Time Warner Cable Inc. (Road Runner) |
| 396 | 74.65.11.171 | Time Warner Cable Inc. (Road Runner) |
| 405 | 173.174.241.31 | Time Warner Cable Inc. (Road Runner) |
| 411 | 76.84.95.156 | Time Warner Cable Inc. (Road Runner) |
| 413 | 65.188.219.185 | Time Warner Cable Inc. (Road Runner) |
| 417 | 71.79.8.35 | Time Warner Cable Inc. (Road Runner) |

| 418 | 76.186.142.158 | Time Warner Cable Inc. (Road Runner) |
| 424 | 69.203.141.95 | Time Warner Cable Inc. (Road Runner) |
| 428 | 24.166.157.243 | Time Warner Cable Inc. (Road Runner) |
| 431 | 98.100.27.34 | Time Warner Cable Inc. (Road Runner) |
| 433 | 66.75.117.66 | Time Warner Cable Inc. (Road Runner) |
| 437 | 67.9.251.111 | Time Warner Cable Inc. (Road Runner) |
| 441 | 75.85.122.99 | Time Warner Cable Inc. (Road Runner) |
| 462 | 76.166.201.185 | Time Warner Cable Inc. (Road Runner) |
| 464 | 174.97.175.180 | Time Warner Cable Inc. (Road Runner) |
| 468 | 75.87.231.253 | Time Warner Cable Inc. (Road Runner) |
| 469 | 76.178.95.144 | Time Warner Cable Inc. (Road Runner) |
| 472 | 66.74.220.55 | Time Warner Cable Inc. (Road Runner) |
| 474 | 65.29.209.148 | Time Warner Cable Inc. (Road Runner) |
| 476 | 174.107.106.26 | Time Warner Cable Inc. (Road Runner) |
| 482 | 76.95.199.130 | Time Warner Cable Inc. (Road Runner) |
| 483 | 173.174.255.145 | Time Warner Cable Inc. (Road Runner) |
| 488 | 24.74.133.117 | Time Warner Cable Inc. (Road Runner) |
| 499 | 69.132.109.243 | Time Warner Cable Inc. (Road Runner) |
| 500 | 74.73.105.62 | Time Warner Cable Inc. (Road Runner) |
| 501 | 74.72.197.55 | Time Warner Cable Inc. (Road Runner) |
| 502 | 66.74.222.207 | Time Warner Cable Inc. (Road Runner) |
| 508 | 76.177.216.24 | Time Warner Cable Inc. (Road Runner) |
| 510 | 64.183.77.58 | Time Warner Cable Inc. (Road Runner) |
| 514 | 174.106.70.21 | Time Warner Cable Inc. (Road Runner) |
| 516 | 76.184.144.25 | Time Warner Cable Inc. (Road Runner) |
| 523 | 76.183.131.155 | Time Warner Cable Inc. (Road Runner) |
| 528 | 76.179.185.107 | Time Warner Cable Inc. (Road Runner) |
| 533 | 76.185.189.45 | Time Warner Cable Inc. (Road Runner) |
| 536 | 75.183.169.86 | Time Warner Cable Inc. (Road Runner) |
| 545 | 68.173.25.141 | Time Warner Cable Inc. (Road Runner) |
| 549 | 98.154.151.177 | Time Warner Cable Inc. (Road Runner) |
| 557 | 173.168.229.118 | Time Warner Cable Inc. (Road Runner) |
| 565 | 76.178.144.203 | Time Warner Cable Inc. (Road Runner) |
| 572 | 107.10.121.119 | Time Warner Cable Inc. (Road Runner) |
| 573 | 72.177.114.37 | Time Warner Cable Inc. (Road Runner) |
| 574 | 76.174.75.246 | Time Warner Cable Inc. (Road Runner) |
| 575 | 71.76.28.244 | Time Warner Cable Inc. (Road Runner) |
| 577 | 24.243.125.43 | Time Warner Cable Inc. (Road Runner) |
| 590 | 74.71.76.175 | Time Warner Cable Inc. (Road Runner) |
| 591 | 98.148.159.92 | Time Warner Cable Inc. (Road Runner) |
| 593 | 72.129.114.129 | Time Warner Cable Inc. (Road Runner) |
| 594 | 65.190.198.81 | Time Warner Cable Inc. (Road Runner) |
| 603 | 98.155.181.178 | Time Warner Cable Inc. (Road Runner) |
| 605 | 71.77.143.2 | Time Warner Cable Inc. (Road Runner) |

| 613 | 76.169.84.131 | Time Warner Cable Inc. (Road Runner) |
| 615 | 74.67.134.151 | Time Warner Cable Inc. (Road Runner) |
| 624 | 75.185.207.234 | Time Warner Cable Inc. (Road Runner) |
| 628 | 76.173.100.244 | Time Warner Cable Inc. (Road Runner) |
| 631 | 24.58.107.190 | Time Warner Cable Inc. (Road Runner) |
| 633 | 98.157.199.230 | Time Warner Cable Inc. (Road Runner) |
| 639 | 76.170.142.219 | Time Warner Cable Inc. (Road Runner) |
| 645 | 76.187.230.158 | Time Warner Cable Inc. (Road Runner) |
| 646 | 184.57.111.73 | Time Warner Cable Inc. (Road Runner) |
| 651 | 69.204.43.240 | Time Warner Cable Inc. (Road Runner) |
| 656 | 173.172.182.86 | Time Warner Cable Inc. (Road Runner) |
| 662 | 65.35.100.87 | Time Warner Cable Inc. (Road Runner) |
| 665 | 76.94.153.23 | Time Warner Cable Inc. (Road Runner) |
| 670 | 98.155.121.176 | Time Warner Cable Inc. (Road Runner) |
| 673 | 174.100.218.213 | Time Warner Cable Inc. (Road Runner) |
| 678 | 76.176.4.82 | Time Warner Cable Inc. (Road Runner) |
| 683 | 65.25.213.0 | Time Warner Cable Inc. (Road Runner) |
| 686 | 173.168.227.53 | Time Warner Cable Inc. (Road Runner) |
| 690 | 74.69.107.251 | Time Warner Cable Inc. (Road Runner) |
| 692 | 173.89.122.2 | Time Warner Cable Inc. (Road Runner) |
| 694 | 98.154.151.49 | Time Warner Cable Inc. (Road Runner) |
| 696 | 69.207.50.13 | Time Warner Cable Inc. (Road Runner) |
| 701 | 76.168.37.172 | Time Warner Cable Inc. (Road Runner) |
| 705 | 72.224.103.94 | Time Warner Cable Inc. (Road Runner) |
| 707 | 76.189.216.43 | Time Warner Cable Inc. (Road Runner) |
| 708 | 67.49.203.57 | Time Warner Cable Inc. (Road Runner) |
| 712 | 76.180.220.195 | Time Warner Cable Inc. (Road Runner) |
| 713 | 76.172.236.35 | Time Warner Cable Inc. (Road Runner) |
| 715 | 76.91.58.136 | Time Warner Cable Inc. (Road Runner) |
| 720 | 24.211.68.251 | Time Warner Cable Inc. (Road Runner) |
| 721 | 67.49.203.201 | Time Warner Cable Inc. (Road Runner) |
| 724 | 184.153.230.192 | Time Warner Cable Inc. (Road Runner) |
| 728 | 76.174.25.235 | Time Warner Cable Inc. (Road Runner) |
| 733 | 71.79.255.234 | Time Warner Cable Inc. (Road Runner) |
| 734 | 67.249.237.53 | Time Warner Cable Inc. (Road Runner) |
| 736 | 72.181.171.213 | Time Warner Cable Inc. (Road Runner) |
| 737 | 67.248.14.70 | Time Warner Cable Inc. (Road Runner) |
| 752 | 173.173.26.53 | Time Warner Cable Inc. (Road Runner) |
| 755 | 98.155.175.26 | Time Warner Cable Inc. (Road Runner) |
| 761 | 70.125.15.209 | Time Warner Cable Inc. (Road Runner) |
| 767 | 66.27.179.181 | Time Warner Cable Inc. (Road Runner) |
| 773 | 97.100.159.204 | Time Warner Cable Inc. (Road Runner) |
| 777 | 69.207.159.118 | Time Warner Cable Inc. (Road Runner) |
| 781 | 67.49.194.114 | Time Warner Cable Inc. (Road Runner) |

| 783 | 71.77.33.238 | Time Warner Cable Inc. (Road Runner) |
|-----|--------------|--------------------------------------|
| 784 | 184.88.47.187 | Time Warner Cable Inc. (Road Runner) |
| 786 | 98.30.12.110 | Time Warner Cable Inc. (Road Runner) |
| 789 | 71.77.9.3 | Time Warner Cable Inc. (Road Runner) |
| 793 | 98.28.143.83 | Time Warner Cable Inc. (Road Runner) |
| 797 | 107.9.27.86 | Time Warner Cable Inc. (Road Runner) |
| 799 | 70.126.48.38 | Time Warner Cable Inc. (Road Runner) |
| 806 | 97.101.120.87 | Time Warner Cable Inc. (Road Runner) |
| 809 | 173.174.230.202 | Time Warner Cable Inc. (Road Runner) |
| 812 | 174.97.174.96 | Time Warner Cable Inc. (Road Runner) |
| 818 | 72.184.15.11 | Time Warner Cable Inc. (Road Runner) |
| 820 | 72.184.179.124 | Time Warner Cable Inc. (Road Runner) |
| 822 | 71.75.11.21 | Time Warner Cable Inc. (Road Runner) |
| 834 | 24.193.63.67 | Time Warner Cable Inc. (Road Runner) |
| 839 | 68.205.59.100 | Time Warner Cable Inc. (Road Runner) |
| 841 | 98.14.208.168 | Time Warner Cable Inc. (Road Runner) |
| 846 | 204.210.98.155 | Time Warner Cable Inc. (Road Runner) |
| 849 | 74.70.29.55 | Time Warner Cable Inc. (Road Runner) |
| 852 | 67.10.99.142 | Time Warner Cable Inc. (Road Runner) |
| 853 | 24.26.22.237 | Time Warner Cable Inc. (Road Runner) |
| 856 | 174.101.71.235 | Time Warner Cable Inc. (Road Runner) |
| 857 | 76.175.25.166 | Time Warner Cable Inc. (Road Runner) |
| 858 | 71.65.246.131 | Time Warner Cable Inc. (Road Runner) |
| 860 | 98.154.255.113 | Time Warner Cable Inc. (Road Runner) |
| 873 | 71.65.196.198 | Time Warner Cable Inc. (Road Runner) |
| 877 | 65.188.223.110 | Time Warner Cable Inc. (Road Runner) |
| 882 | 75.82.113.200 | Time Warner Cable Inc. (Road Runner) |
| 885 | 24.90.223.59 | Time Warner Cable Inc. (Road Runner) |
| 896 | 204.210.99.192 | Time Warner Cable Inc. (Road Runner) |
| 919 | 173.196.159.11 | Time Warner Cable Inc. (Road Runner) |
| 922 | 24.210.152.227 | Time Warner Cable Inc. (Road Runner) |
| 928 | 66.8.162.43 | Time Warner Cable Inc. (Road Runner) |
| 932 | 174.98.157.202 | Time Warner Cable Inc. (Road Runner) |
| 933 | 75.80.127.126 | Time Warner Cable Inc. (Road Runner) |
| 939 | 66.65.37.204 | Time Warner Cable Inc. (Road Runner) |
| 941 | 76.92.130.156 | Time Warner Cable Inc. (Road Runner) |
| 943 | 98.30.157.165 | Time Warner Cable Inc. (Road Runner) |
| 944 | 98.148.147.114 | Time Warner Cable Inc. (Road Runner) |
| 957 | 74.79.153.16 | Time Warner Cable Inc. (Road Runner) |
| 969 | 98.156.81.229 | Time Warner Cable Inc. (Road Runner) |
| 970 | 66.8.162.176 | Time Warner Cable Inc. (Road Runner) |
| 978 | 98.121.128.198 | Time Warner Cable Inc. (Road Runner) |
| 984 | 184.74.139.201 | Time Warner Cable Inc. (Road Runner) |

Dated:  March 6, 2012                           Respectfully submitted,

                                                SIMMONS BROWDER GIANARIS
                                                ANGELIDES & BARNERD LLC

                                                By:  /s/ Paul A.  Lesko_____
                                                Paul A. Lesko – LA Bar No. 26567
                                                One Court Street
                                                Alton, IL 62002
                                                Ph: 618.259.2222
                                                Fax: 618.259.2251
                                                Email: plesko@simmonsfirm.com

                                                *Attorney for Plaintiff 4: Twenty Media Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 6, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:


/s/ *Paul A. Lesko*_____

Attorney for Plaintiff 4:Twenty Media Inc.

14