IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| | ) |
| SWARM SHARING HASH FILES | ) |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, | ) |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, | ) **JURY TRIAL DEMANDED** |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; | ) |
| AND DOES 1-1,341, | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DISMISSAL OF SPECIFIC DOE DEFENDANTS

Plaintiff hereby files this Notice of Voluntary Dismissal, through which it dismisses the Doe Defendants listed below. This notice of voluntary Dismissal is specific to the three Doe Defendants identified below and **does not apply** to any Defendants other than those listed herein. After this dismissal, 844 John Does will remain in this action.

Plaintiff hereby dismisses the following Doe Defendant **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 1203 | 65.29.244.225 | Time Warner Cable Inc. (Road Runner) |

Plaintiff hereby dismisses the following Doe Defendants **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 1308 | 174.69.74.16 | Cox Communications |
| 1340 | 76.87.110.89 | Time Warner Cable Inc. (Road Runner) |

1

Dated: March 30, 2012									Respectfully submitted,

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko – LA Bar No. 26567
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

*Attorney for Plaintiff 4: Twenty Media Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

I further certify that on March 30, 2012 I mailed/emailed copies of the foregoing filing to the specific John Does and/or their legal representatives.

/s/ *Paul A. Lesko*

Attorney for Plaintiff 4:Twenty Media Inc.