UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| 4 TWENTY MEDIA INC | * | CIVIL ACTION NO. 6:12-CV-0031 |
| VERSUS | * | JUDGE DOHERTY |
| SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8 et al | * | MAGISTRATE JUDGE HILL |

## MINUTE ENTRY AND ORDERS

The Court is in receipt of two motions (to date) which seek relief filed by "John Doe" defendants. In order to efficiently use the Court's time, it is the Court's intention to wait until all such motions have been filed, and then allow briefing in opposition (if any) to these motions by plaintiff. It is the Court's further intention to rule on these motions before returns on the contested subpoenas are made. Accordingly;

**IT IS ORDERED** that the Motion to Quash by John Doe #76.87.110.89 [rec doc 16] and the Motion to Dismiss, Motion for Protective Order, and Motion for Leave to Proceed Anonymously by John Doe #68.196.21.143 [rec doc17] be filed into the record. No hearing date will be set at this time.

**IT IS FURTHER ORDERED** that additional motions to quash, motions for protective orders, motions to dismiss and similarly styled motions seeking similar relief filed on behalf of parties identifying themselves as "John Doe, IP number" be made a part of this record with no hearing date set.

**IT IS FURTHER ORDERED** that the plaintiff advise the court of the return dates for the subpoenas issued and to be issued.

**IT IS FURTHER ORDERED** that counsel for the plaintiff notify any and all ISP providers whose subscribers have filed for the relief described above that no return on the subpoenas shall be made **until after** the Court rules on the motions.

**IT IS FURTHER ORDERED** that a telephone conference with counsel for the plaintiff is hereby set for April 12, 2012 at 10:00 a.m.  Any of the "John Doe" defendants who wish to participate my do so, but arrangements with counsel for the plaintiff for call-in numbers or other codes will be necessary.  Since the conference my be completely *ex parte* (if the John Doe" defendants wish to remain anonymous for the present) the conference will be on the record and a transcript will be filed of record after the conference.

Signed April 2, 2012, at Lafayette, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE