IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SWARM SHARING HASH FILES )<br>6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, )<br>6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, )<br>F1F946C2054A0F885AC01FB07A935F4F238DD391; )<br>AND DOES 1-1,341, )<br>*Defendants*. )<br>) | Case No. 6:12-cv-00031-RFD-CMH<br><br>***JURY TRIAL DEMANDED*** |

## [PROPOSED] ORDER

Pursuant to the April 4, 2012 telephone conference between Plaintiff's counsel Paul Lesko and the Court regarding the Minute Entry and Orders [Docket No. 19], the Court provides the following:

IT IS ORDERED that should any John Doe file a motion to quash, motion for protective order, motion to dismiss or similarly styled motion seeking similar relief, that specific John Doe's information will be withheld from the Plaintiff until after the Court rules on that Doe's motion. All other information requested by the subpoena at issue (e.g., contact information for any non-moving Does) can be produced by the ISP to Plaintiff;

To maximize judicial efficiency, the Court will delay ruling on all Doe motions to quash, motions for protective order, motions to dismiss or similarly styled motions seeking similar relief filed until all such motions have been filed;

IT IS FURTHER ORDERED that counsel for plaintiff will file a single opposition to all motions to quash, motions for protective order, motions to dismiss or similarly styled motions seeking similar relief filed. Plaintiff's opposition is due June 25, 2012;

IT IS FURTHER ORDERED that any John Doe who has filed a motion to quash, motion for protective order, motion to dismiss or similarly styled motion seeking similar relief, if they so choose, can file a reply by July 6, 2012;

The Court will take all briefing under advisement by July 6, 2012.

Signed April __, 2012, at Lafayette, Lafayette, Louisiana.