UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

4: TWENTY MEDIA INC.              *       Case No. 6:12-cv-00031

v.                                *       JUDGE DOHERTY

SWARM SHARING HASH FILES          *       MAGISTRATE JUDGE HILL
6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8,
6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8,
F1F946C2054A0F885AC01FB07A935F4F238DD391;
AND DOES 1-1,341.

## MINUTES OF STATUS CONFERENCE

On April 4, 2012, the undersigned held a telephone status conference with plaintiff's counsel, Paul A. Lesko.[1]  The scheduling of this case and the status of discovery since the issuance of the undersigned's Order issued on April 3, 2012.  [rec. doc. 19].  A Scheduling Order will follow.

The telephone conference set for April 12, 2012, is hereby **CANCELED**.

THUS DONE AND SIGNED in Chambers in Lafayette, Louisiana this 4th day of April, 2012.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 15 minutes.