RECEIVED

APR - 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:12-cv-00031-RFD-CMH |
| ) | |
| SWARM SHARING HASH FILES ) | |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, ) | |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, ) | **JURY TRIAL DEMANDED** |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; ) | |
| AND DOES 1-1,341, ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANTS

Upon the Plaintiff's, Notice of Dismissal Without Prejudice of Specific Doe Defendants it is hereby:

ORDERED that the three Doe Defendants specifically identified in the Notice of Dismissal of Specific Doe Defendants [Docket No. 18] be dismissed from this action. Doe number 1203 is to be dismissed without prejudice; Does number 1308 and 1340 are to be dismissed with prejudice. After this dismissal, 844 John Does will remain in this action.

DATED: April 3, 2012

By: _____
Rebecca F. Doherty
United States District Judge