UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| 4 TWENTY MEDIA INC | * | CIVIL ACTION NO. 6:12-CV-0031 |
| VERSUS | * | JUDGE DOHERTY |
| SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8 et al | * | MAGISTRATE JUDGE HILL |

## MINUTE ENTRY AND ORDER

The Order Dismissing Specific John Joe Defendants [rec doc 23] dismisses John Doe 1340 with prejudice. John Doe 1340 is identified in the Notice of Dismissal of Specific Doe Defendants [rec doc 13] as having IP Address 76.87.110.89 via Time Warner Cable Inc. (Road Runner).

The Motion to Quash [rec doc 16] is filed by a defendant identifying himself as John Doe, IP Address 76.87.110.89 and attempts to quash the subpoena served upon Time Warner Cable, Inc. Accordingly, it is clear that John Doe 1340 is the same person who filed rec doc 16. Therefore;

**IT IS ORDERED** that the Motion to Quash [rec doc 16] be dismissed as MOOT as the filing party has been dismissed with prejudice.

Signed April 9, 2012, at Lafayette, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE