IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 4:Twenty Media, Inc. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 6:12-cv-00031 |
| Does 1-1,341 | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PETITION FOR ADMISSION PRO HAC VICE**

In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf John Doe #899 in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Maryland.
- Attached hereto is a certificate of good standing from such court, and payment of the applicable fee of $25.00, made payable to "Clerk, U.S. District Court."
- There have been no disciplinary proceedings or criminal charges instituted against me.
- In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, W. Scarth Clark of the firm of Koeppel Traylor, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from enoticing@lawd.uscourts.gov. I understand that this electronic notice will be in lieu of notice by any other means. I understand that it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____           _____
Signature of applying attorney                      Signature of Local Counsel

Christina N. Boffen, Esq.                W. Scarth Clark, Esq.
Bar #29851 (U.S. Dist Ct for MD)         Bar #22993
The Law Office of                        Koeppel Traylor, LLC
Christina N. Boffen, LLC                 2030 St. Charles Ave.
216 N. Crain Hwy                         New Orleans, LA 70130
Suite 202A                               (504) 598-1000
Glen Burnie, MD 21061                    Fax: (504) 524-1024
(410) 718-2929                           sclark@koeppeltraylor.com
Fax: (410) 747-3741
cboffen@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2012, the foregoing was submitted by W. Scarth Clark of Koeppel Traylor, LLC to the CM/ECF system which will send notification of such filings to 4:Twenty Media, Inc.

*Christina Boffen*

Christina N. Boffen, Esq.
The Law Office of Christina N. Boffen, LLC
216 N. Crain Hwy, Suite 202A
Glen Burnie, MD 21061
(410) 718-2929
Fax: (410) 747-3741
cboffen@gmail.com