

# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that CHRISTINA N. BOFFEN, ESQ., BAR NUMBER 29851, was duly admitted to practice in the United States District Court for the District of Maryland on MARCH 16, 2012, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: APRIL 16, 2012

Catherine Scaffidi - Deputy Clerk

*This Certificate is valid for 90 days from the date signed.*