RECEIVED

APR 1 7 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, F1F946C2054A0F885AC01FB07A935F4F238DD391; AND DOES 1-1,341, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANT

Upon the Plaintiff's Voluntary Motion to Dismiss a Specific Doe Defendant it is hereby:

ORDERED that the Doe Defendant specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant [Docket No. 28] be dismissed from this action. Doe number 1130 is to be dismissed with prejudice. After this dismissal, 843 John Does will remain in this action.

DATED: April 17, 2012

By: _____
U.S. District Judge