## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4: TWENTY MEDIA INC.** | * | Case No. 6:12-cv-00031 |
| v. | * | JUDGE DOHERTY |
| **SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, F1F946C2054A0F885AC01FB07A935F4F238DD391; AND DOES 1-1,341.** | * | MAGISTRATE JUDGE HILL |

### ORDER TO SHOW CAUSE

On April 11, 2012, Clinton Foster attempted to file a Motion to Dismiss/Sever and for a Protective Order and/or to Quash Subpoena on behalf of Defendant John Doe 916. A pleading may be filed on behalf of a party only by an attorney. The Court has confirmed that Clinton Foster is not an attorney. Accordingly,

**IT IS HEREBY ORDERED** that Clinton Foster, show cause in writing **by April 30, 2012**, why this motion should not be stricken from the record. No personal appearance is necessary.

**The Clerk of Court is directed to send a copy of this notice to Clinton Foster at 655 Mariposa Ave. #2, Moutain View, CA 94041.**

Signed this 19th day of April, 2012, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE