UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **4 TWENTY MEDIA INC** | * | **CIVIL ACTION NO. 6:12-CV-0031** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **SWARM SHARING HASH FILES** *<br>**6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8 et al** | * | **MAGISTRATE JUDGE HILL** |

## ORDERS

**IT IS ORDERED** that should any John Doe, *pro se*, file a motion to quash, motion for protective order, motion to dismiss, or similarly styled motion seeking similar relief, or any memorandum and/or brief in support thereof or in response to a memorandum and/or brief filed by another party, the Clerk of Court shall redact the names and addresses listed in the document and any attachments thereto. The redacted version shall be filed into the record and the original unredacted version shall be filed under seal.

**IT IS FURTHER ORDERED** that upon the filing of any motion to quash, motion for protective order, motion to dismiss, or similarly styled motion seeking similar relief, by any John Doe, *pro se*, the Clerk of Court shall notice the filer, via U.S. Mail, with this Order and copies of the following documents to the address provided by the filer:

1. Minute Entry and Orders [rec doc 19]

2. Order [rec doc 25]

**IT IS FURTHER ORDERED** that the Clerk of Court manually notice any John Doe appearing *pro se* in this matter with a copy of any Order, Minutes, Minute Entry and/or Judgment until otherwise instructed.

Regarding this Court's Order dated April 5, 2012 [rec doc 25], counsel for the plaintiff is **ORDERED** to furnish to the Clerk, the appropriate number of copies of their opposition to all motions to quash, motions for protective order, motions to dismiss or similarly styled motions seeking similar relief filed *pro se* which is due June 25, 2012.

**IT IS FURTHER ORDERED** that the plaintiff deposit $50.00 into the Treasury Registry of the Court to cover the costs of manually noticing the "John Doe" defendants with the opposition. The deposit shall be filed contemporaneously with the filings made by plaintiff. Remaining funds, if any, will be returned to the plaintiff on application.

Signed April 20, 2012 at Lafayette, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE