IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, F1F946C2054A0F885AC01FB07A935F4F238DD391; AND DOES 1-1,341, | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) |

## MOTION FOR CLARIFICATION OF THE COURT'S APRIL 5, 2012 ORDER

At the request of Comcast Cable Communications, LLC ("Comcast"), Plaintiff 4:Twenty Media, Inc. respectfully seeks the Court's clarification regarding the scope of its April 5, 2012 Order. Specifically, plaintiff seeks clarification that motions to sever fall within the scope of the Court's statement: "motion[s] to quash, motion[s] for protective order, motion[s] to dismiss or similarly styled motion[s] seeking similar relief." Although Plaintiff believes the order encompasses motions to sever, Comcast will not produce nonmoving Doe contact information until it receives clarification from the Court.

**WHEREFORE,** Plaintiff requests that the Court clarify that the April 5, 2012 order encompasses, *inter alia*, motions to sever. Plaintiff also attached a proposed order to this effect.

Dated: April 26, 2012

Respectfully submitted,
4:TWENTY MEDIA INC.

By its Attorneys,
SIMMONS BROWDER GIANARIS

1

ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko – LA Bar No. 26567
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

              /s/ Paul A. Lesko
              Attorney for Plaintiff 4:Twenty Media Inc.