UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4:TWENTY MEDIA INC., ) | CIVIL ACTION |
| ) | No. 6:12-CV-00031 |
| ) | |
| Plaintiff, ) | |
| v. ) | JUDGE DOHERTY |
| ) | |
| ) | MAGISTRATE JUDGE HILL |
| JOHN DOE - 71.101.4.72, ET AL. ) | |

Defendants.

MOTION TO QUASH OR, IN THE ALTERNATIVE,
MOTION TO DISMISS AND SEVER

COMES NOW Movant, an individual John Doe - 71.101.4.72 purportedly implicated by one of the Internet Protocol addresses attached to Plaintiff's Complaint, and respectfully submits this Motion to Quash the subpoena issued by Plaintiff and delivered to Movant through Movant's Internet Service Provider, Verizon, pursuant to Fed. R. Civ. P. 45(c)(3). The subpoena being contested was issued pursuant to the Court's January 24, 2012 Order Granting Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. No. 6).

In the alternative, Movant seeks to be severed from this action pursuant to Fed. R. Civ. P. 21 because this Court lacks personal jurisdiction over Movant and Movant has been improperly joined pursuant to Fed. R. Civ. P. 20(a)(2). In support of this motion, Movant relies on this motion, the contemporaneously filed Memorandum in Support and supporting affidavit, as well as oral argument if required by this Honorable Court.

WHEREFORE, Movant respectfully requests that this Honorable Court grant its motion to quash plaintiff's complaint, or in the alternative, grant its motion to dismiss plaintiff's complaint or severed from this action, and for such other and further relief, at law or in equity, to which Movant may be justly entitled.

Respectfully submitted this 27th day of April 2012.

        D.W. NANCE, LLC

        By:   s/David W. Nance

        _____
        David W. Nance
        LA Bar No. 25467
        5700 Magazine Street
        New Orleans, LA 70115
        (504) 717-4730 voice
        (888) 698-7007 facsimile
        david@dwnance.com
        www.dwnance.com

        COUNSEL FOR DEFENDANT,
        JOHN DOE – 71.101.4.72

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on the persons listed below on this 27th day of April 2012.

*Via ECF filing or electronic mail:*

| | | |
|---|---|---|
| Christina N Boffen<br>Law Office of Christina N Boffen<br>216 N Crain Hwy Ste 202A<br>Glen Burnie, MD 21061<br>410-718-2929<br>410-747-3741 (fax)<br>cboffen@gmail.com<br>  *Assigned: 04/20/2012*<br>  PRO HAC VICE<br>  ATTORNEY TO BE NOTICED | representing | John Doe #899 68.34.92.184<br>*(Defendant)* |
| William Scarth Clark<br>Best Koeppel<br>2030 St Charles Ave<br>New Orleans, LA 70130<br>504-598-1000<br>504-524-1024 (fax)<br>sclark@bestkoeppel.com<br>  *Assigned: 04/17/2012*<br>  ATTORNEY TO BE NOTICED | representing | John Doe #899 68.34.92.184<br>*(Defendant)* |
| Paul A Lesko<br>Simmons Browder et al<br>One Court St<br>Alton, IL 62002<br>618-259-2222<br>618-259-2251 (fax)<br>plesko@simmonsfirm.com<br>  *Assigned: 01/26/2012*<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |
| Joseph C Peiffer<br>Fishman Haygood et al | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |

201 St Charles Ave Ste 4600
New Orleans, LA 70170
504-586-5252
504-586-5250 (fax)
jpeiffer@fishmanhaygood.com
 *Assigned: 01/11/2012*
 *TERMINATED: 03/07/2012*


                              s/ David W. Nance

                              _____

                              David W. Nance