UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 4:TWENTY MEDIA INC., | ) | CIVIL ACTION |
| | ) | No. 6:12-CV-00031 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DOHERTY |
| | ) | MAGISTRATE JUDGE HILL |
| JOHN DOE - 71.101.4.72, ET AL. | ) | |
| Defendants. | | |

**ORDER DISMISSING COMPLAINT**

On this day came on to be considered defendant John Doe #436-IP 71.101.4.72's motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b), previously filed in the above-entitled and -numbered cause. After considering the motion, plaintiff's response, supporting materials and evidence, the pleadings on file and arguments of counsel, the Court is of the opinion that it lacks personal jurisdiction over John Doe #436-IP 71.101.4.72and that Biotor's motion should in all things be GRANTED. Accordingly, John Doe #436-IP 71.101.4.72 is hereby dismissed with prejudice:

IT IS HEREBY SO ORDERED.

Signed this _____ day of _____ 2012.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the persons listed below on this 27th day of April 2012.

*Via ECF filing or electronic mail:*

| | | |
|---|---|---|
| Christina N Boffen<br>Law Office of Christina N Boffen<br>216 N Crain Hwy Ste 202A<br>Glen Burnie, MD 21061<br>410-718-2929<br>410-747-3741 (fax)<br>cboffen@gmail.com<br>  *Assigned: 04/20/2012*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | John Doe #899 68.34.92.184<br>*(Defendant)* |
| William Scarth Clark<br>Best Koeppel<br>2030 St Charles Ave<br>New Orleans, LA 70130<br>504-598-1000<br>504-524-1024 (fax)<br>sclark@bestkoeppel.com<br>  *Assigned: 04/17/2012*<br>  *ATTORNEY TO BE NOTICED* | representing | John Doe #899 68.34.92.184<br>*(Defendant)* |
| Paul A Lesko<br>Simmons Browder et al<br>One Court St<br>Alton, IL 62002<br>618-259-2222<br>618-259-2251 (fax)<br>plesko@simmonsfirm.com<br>  *Assigned: 01/26/2012*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |
| Joseph C Peiffer<br>Fishman Haygood et al<br>201 St Charles Ave Ste 4600<br>New Orleans, LA 70170 | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |

504-586-5252
504-586-5250 (fax)
jpeiffer@fishmanhaygood.com
 *Assigned: 01/11/2012*
 *TERMINATED: 03/07/2012*

                                                    s/ David W. Nance

                                                    _____

                                                    David W. Nance