UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 4:TWENTY MEDIA INC., | ) | CIVIL ACTION |
| | ) | No. 6:12-CV-0031 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE DOHERTY |
| | ) | |
| | ) | MAGISTRATE JUDGE HILL |
| | ) | |
| JOHN DOE - 71.101.4.72, ET AL. | ) | |
| | ) | |

Defendants.

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

THIS DAY PERSONALLY came and appeared before me, the undersigned: person identified in a Verizon notice of subpoena issued in the above-styled litigation as the user of I.P. address 71.101.4.72 who, upon presentation of a valid FL driver's license and being first duly sworn, did depose and say as follows:

1. She/He ("Affiant") is the person believed by Verison to have been assigned the I.P. address 71.101.4.72 at the time in question.

2. Affiant is not a resident of the state of Louisiana nor has Affiant engaged in any activity, substantial or otherwise, within the state of Louisiana.

Dated: April 27, 2012

20120427DWN1749         Affidavit in Support of Motion Dismiss         Page 1 of 3

Exhibit C

Further the affiant sayeth not.

_John Doe 71.101.4.72_

**JOHN DOE- 71.101.4.72, AFFIANT**

Sworn to and subscribed before me this 27th day of April 2012.

_____ [notary signature]

_John W Smith_ [name], NOTARY PUBLIC

My commission expires: 10/20/12

JOHN W. SMITH
Notary Public, State of Florida
Commission# DD813419
My comm. expires Oct. 20, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the persons listed below on this 27th day of April 2012.

*Via ECF filing or electronic mail:*

Christina N Boffen
Law Office of Christina N Boffen
216 N Crain Hwy Ste 202A
Glen Burnie, MD 21061
410-718-2929
410-747-3741 (fax)
cboffen@gmail.com
 *Assigned: 04/20/2012*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing   John Doe #899 68.34.92.184
               *(Defendant)*

Exhibit C

| | | |
|---|---|---|
| William Scarth Clark<br>Best Koeppel<br>2030 St Charles Ave<br>New Orleans, LA 70130<br>504-598-1000<br>504-524-1024 (fax)<br>sclark@bestkoeppel.com<br>Assigned: 04/17/2012<br>ATTORNEY TO BE NOTICED | representing | John Doe #899 68.34.92.184<br>*(Defendant)* |
| Paul A Lesko<br>Simmons Browder et al<br>One Court St<br>Alton, IL 62002<br>618-259-2222<br>618-259-2251 (fax)<br>plesko@simmonsfirm.com<br>Assigned: 01/26/2012<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |
| Joseph C Peiffer<br>Fishman Haygood et al<br>201 St Charles Ave Ste 4600<br>New Orleans, LA 70170<br>504-586-5252<br>504-586-5250 (fax)<br>jpeiffer@fishmanhaygood.com<br>Assigned: 01/11/2012<br>TERMINATED: 03/07/2012 | representing | 4 Twenty Media Inc<br>*(Plaintiff)* |

s/ David W. Nance

_____

David W. Nance

Exhibit C