## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| | ) |
| SWARM SHARING HASH FILES | ) |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, | ) |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, | ) *JURY TRIAL DEMANDED* |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; | ) |
| AND DOES 1-1,341, | ) |
| *Defendant*s. | ) |
| | ) |

_____

## <u>VOLUNTARY MOTION TO DISMISS SPECIFIC DOE DEFENDANTS</u>

Plaintiff hereby files this Voluntary Motion to Dismiss Specific Doe Defendants, through which it dismisses the Doe Defendants listed below.  This Voluntary Motion to Dismiss is specific to the 106 Doe Defendants identified below and **does not apply** to any Defendants other than those listed herein. After this dismissal, 737 John Does will remain in this action.

Plaintiff hereby dismisses the following Doe Defendants **<u>with prejudice</u>**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 1 | 72.192.112.192 | Cox Communications, Inc. |
| 2 | 72.221.69.182 | Cox Communications, Inc. |
| 6 | 24.146.168.105 | CSC Holdings, LLC (Optimum) |
| 12 | 68.13.217.206 | Cox Communications, Inc. |
| 15 | 71.187.32.91 | Verizon Communications Inc. |
| 21 | 70.187.234.115 | Cox Communications, Inc. |
| 25 | 173.60.94.163 | Verizon Communications Inc. |
| 28 | 98.178.161.157 | Cox Communications, Inc. |
| 40 | 70.173.236.247 | Cox Communications, Inc. |

| 41  | 72.218.233.251 | Cox Communications, Inc.      |
| 42  | 72.204.246.250 | Cox Communications, Inc.      |
| 44  | 72.221.78.222  | Cox Communications, Inc.      |
| 45  | 68.0.110.36    | Cox Communications, Inc.      |
| 47  | 70.187.232.80  | Cox Communications, Inc.      |
| 50  | 70.188.154.108 | Cox Communications, Inc.      |
| 65  | 68.231.5.208   | Cox Communications, Inc.      |
| 73  | 173.61.186.228 | Verizon Communications Inc.   |
| 77  | 68.99.162.151  | Cox Communications, Inc.      |
| 111 | 24.250.234.35  | Cox Communications, Inc.      |
| 112 | 70.190.153.205 | Cox Communications, Inc.      |
| 118 | 72.204.158.200 | Cox Communications, Inc.      |
| 133 | 72.216.5.21    | Cox Communications, Inc.      |
| 134 | 70.171.193.166 | Cox Communications, Inc.      |
| 137 | 68.12.53.10    | Cox Communications, Inc.      |
| 142 | 72.197.22.125  | Cox Communications, Inc.      |
| 146 | 24.251.223.28  | Cox Communications, Inc.      |
| 154 | 184.187.130.12 | Cox Communications, Inc.      |
| 158 | 68.6.168.190   | Cox Communications, Inc.      |
| 173 | 72.197.179.59  | Cox Communications, Inc.      |
| 195 | 69.127.168.222 | CSC Holdings, LLC (Optimum)   |
| 195 | 69.127.168.222 | CSC Holdings, LLC (Optimum)   |
| 202 | 68.196.150.129 | CSC Holdings, LLC (Optimum)   |
| 206 | 68.226.131.31  | Cox Communications, Inc.      |
| 218 | 68.109.29.50   | Cox Communications, Inc.      |
| 224 | 67.84.172.128  | CSC Holdings, LLC (Optimum)   |
| 236 | 98.169.207.3   | Cox Communications, Inc.      |
| 243 | 68.226.69.135  | Cox Communications, Inc.      |
| 278 | 68.105.87.215  | Cox Communications, Inc.      |
| 290 | 72.193.83.88   | Cox Communications, Inc.      |
| 292 | 70.181.211.180 | Cox Communications, Inc.      |
| 297 | 68.7.115.86    | Cox Communications, Inc.      |
| 303 | 72.197.9.149   | Cox Communications, Inc.      |
| 309 | 68.0.110.36    | Cox Communications, Inc.      |
| 311 | 68.103.89.28   | Cox Communications, Inc.      |
| 317 | 68.197.218.198 | CSC Holdings, LLC (Optimum)   |
| 327 | 68.224.118.240 | Cox Communications, Inc.      |
| 338 | 70.173.52.225  | Cox Communications, Inc.      |
| 345 | 68.101.97.142  | Cox Communications, Inc.      |
| 361 | 24.56.56.43    | Cox Communications, Inc.      |
| 366 | 68.97.206.222  | Cox Communications, Inc.      |

| 374 | 68.8.112.5 | Cox Communications, Inc. |
|-----|-----------|--------------------------|
| 377 | 67.87.16.194 | CSC Holdings, LLC (Optimum) |
| 380 | 68.194.131.84 | CSC Holdings, LLC (Optimum) |
| 381 | 68.97.171.174 | Cox Communications, Inc. |
| 387 | 24.251.54.201 | Cox Communications, Inc. |
| 398 | 68.102.59.124 | Cox Communications, Inc. |
| 407 | 24.251.94.19 | Cox Communications, Inc. |
| 420 | 72.218.27.125 | Cox Communications, Inc. |
| 423 | 68.224.65.139 | Cox Communications, Inc. |
| 477 | 70.189.159.65 | Cox Communications, Inc. |
| 484 | 98.183.49.179 | Cox Communications, Inc. |
| 504 | 24.56.14.94 | Cox Communications, Inc. |
| 505 | 72.200.202.189 | Cox Communications, Inc. |
| 507 | 98.169.76.65 | Cox Communications, Inc. |
| 522 | 68.12.25.194 | Cox Communications, Inc. |
| 532 | 72.201.0.147 | Cox Communications, Inc. |
| 543 | 68.109.176.17 | Cox Communications, Inc. |
| 556 | 72.222.219.39 | Cox Communications, Inc. |
| 561 | 69.116.18.38 | CSC Holdings, LLC (Optimum) |
| 586 | 72.205.61.97 | Cox Communications, Inc. |
| 589 | 24.253.210.117 | Cox Communications, Inc. |
| 616 | 72.197.173.78 | Cox Communications, Inc. |
| 630 | 68.224.26.178 | Cox Communications, Inc. |
| 640 | 174.65.131.174 | Cox Communications, Inc. |
| 655 | 72.214.13.226 | Cox Communications, Inc. |
| 657 | 68.96.189.198 | Cox Communications, Inc. |
| 663 | 68.5.100.47 | Cox Communications, Inc. |
| 668 | 70.178.111.52 | Cox Communications, Inc. |
| 675 | 70.162.96.168 | Cox Communications, Inc. |
| 710 | 72.222.129.93 | Cox Communications, Inc. |
| 711 | 68.106.109.223 | Cox Communications, Inc. |
| 717 | 72.197.50.91 | Cox Communications, Inc. |
| 719 | 70.176.175.199 | Cox Communications, Inc. |
| 722 | 184.187.130.12 | Cox Communications, Inc. |
| 723 | 70.172.194.233 | Cox Communications, Inc. |
| 729 | 70.178.4.121 | Cox Communications, Inc. |
| 750 | 68.0.91.86 | Cox Communications, Inc. |
| 798 | 68.228.57.168 | Cox Communications, Inc. |
| 800 | 72.197.191.111 | Cox Communications, Inc. |
| 802 | 68.227.119.182 | Cox Communications, Inc. |
| 807 | 24.251.229.147 | Cox Communications, Inc. |

| 823 | 72.205.38.246 | Cox Communications, Inc. |
| 826 | 68.110.6.103 | Cox Communications, Inc. |
| 833 | 68.107.31.148 | Cox Communications, Inc. |
| 861 | 70.189.70.84 | Cox Communications, Inc. |
| 868 | 70.185.223.174 | Cox Communications, Inc. |
| 886 | 68.98.89.152 | Cox Communications, Inc. |
| 897 | 68.99.162.151 | Cox Communications, Inc. |
| 931 | 70.179.111.156 | Cox Communications, Inc. |
| 955 | 68.230.66.66 | Cox Communications, Inc. |
| 960 | 68.224.14.68 | Cox Communications, Inc. |
| 961 | 68.9.252.14 | Cox Communications, Inc. |
| 966 | 68.7.94.86 | Cox Communications, Inc. |
| 1035 | 24.21.204.94 | Comcast Corporation |
| 1168 | 174.50.225.108 | Comcast Corporation |
| 1322 | 24.255.43.167 | Cox Communications, Inc. |

Dated:  April 27, 2012

Respectfully submitted,

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By:  /s/ Paul A.  Lesko_____
Paul A. Lesko – LA Bar No. 26567
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

*Attorney for Plaintiff 4: Twenty Media Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

I further certify that on April 27, 2012 I mailed copies of the foregoing filing to the specific John Does and/or their legal representatives where identified on the record.

/s/ *Paul A. Lesko*_____

Attorney for Plaintiff 4:Twenty Media Inc.

5