# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4:TWENTY MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5 EC5457E86FC0F9C7F041DC36283D54B1F A29E993EA3EC2A8F1F946C2054A0F885A C01FB07A935F4F238DD391;<br>AND DOES 1-1,341.<br><br>Defendants. | Case Number: 6:12-cv-00031-RFD-CMH<br><br>**PETITION FOR ADMISSION**<br>*PRO HAC VICE* |

  In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, application is made by attorney Morgan E. Pietz to be admitted *pro hac vice* to the bar of this court for the purpose of intervening to quash the subpoena seeking the identity of John Doe #404, and specially appearing on behalf of John Doe # 408 to challenge personal jurisdiction, in the above-described action.

  - I am ineligible to be admitted to this court, but I am a member in good standing of the State Bar of California (S.B.N. 260,6290) and am admitted to the United States District Court for the Central District of California, and the United States District Court for the Southern District of California.

  - Attached hereto is a certificate of good standing from such court, and payment of the applicable fee of $25.00, made payable to "Clerk, U.S. District Court."

  - There have been no disciplinary proceedings or criminal charges instituted against me.

  - In accordance with the Uniform Local Rules for the United States District Court,

Western District of Louisiana, Christine A. Guillory of the firm Frilot, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. Proc. 77, Fed. Cr. Proc. 49, L.R. 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from enoticing@lawd.uscourts.gov. I understand that this electronic notice will be in lieu of notice by any other means. I understand that it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully Submitted,

| | |
|---|---|
| _/s/ Morgan E. Pietz_____ | /s/ Christine A. Guillory_____ |
| Petitioning Attorney | Local Counsel |
| MORGAN E. PIETZ | CHRISTINE A. GUILLORY |
| California Bar No. 260,629 | Louisiana Bar No. 32149 |
| THE PIETZ LAW FIRM | FRILOT, LLC |
| 3770 Highland Ave., Ste. 206 | 1100 Poydras Street, Ste. 3700 |
| Manhattan Beach, CA 90266 | New Orleans LA 70163 |
| Phone: (310) 424-5557 | Phone: (504) 599-8036 |
| Fax: (310) 546-5301 | Fax: (504) 619-4989 |
| mpietz@pietzlawfirm.com | cguillory@frilot.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, the foregoing was submitted to the CM/ECF system which will send notification of such filings to 4:Twenty Media, Inc.

/s/ Christine A. Guillory_____
CHRISTINE A. GUILLORY