IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4:TWENTY MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5 EC5457E86FC0F9C7F041DC36283D54B1F A29E993EA3EC2A8F1F946C2054A0F885A C01FB07A935F4F238DD391; AND DOES 1-1,341.<br><br>Defendants. | Case Number: 6:12-cv-00031-RFD-CMH<br><br>[PROPOSED] ORDER RE: MOTION FOR EXTENSION OF TIME FOR JOHN DOE NUMBER 408 TO QUASH SUBPOENA |

    IT IS ORDERED that John Doe #404 be granted an additional 30 days in which to file a motion to quash the subpoena seeking to uncover John Doe #404's identity. The new deadline for filing such a motion for John Doe #404 shall be Friday June 1, 2012. The filing or granting of this motion shall not constitute a general appearance on behalf of John Doe #404.

    SO ORDERED on this, the __3__ day of ____May____, 2012.

                                      _____

                                      United States Magistrate Judge C. Michael Hill