IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4:TWENTY MEDIA, INC.<br><br>                    Plaintiff,<br><br>   v.<br><br>SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5 EC5457E86FC0F9C7F041DC36283D54B1F A29E993EA3EC2A8F1F946C2054A0F885A C01FB07A935F4F238DD391;<br>AND DOES 1-1,341.<br><br>                    Defendants. | Case Number: 6:12-cv-00031-RFD-CMH<br><br>**[PROPOSED] ORDER RE:<br>PETITION FOR ADMISSION**<br>*PRO HAC VICE* |

     IT IS ORDERED that Morgan E. Pietz be and hereby is admitted to this Court *pro hac vice* on behalf of John Doe #404 in the above-described action. The admission of Mr. Pietz *pro hac vice* shall not constitute a general appearance on behalf of John Doe #404.

     SO ORDERED on this, the __3__ day of _____May_____, 2012.
     Lafayette, Louisiana.

                                                          _____
                                           United States Magistrate Judge C. Michael Hill