IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| 4:Twenty Media, Inc. | ) |
|     Plaintiff, | ) |
| vs. | ) CASE NO.: 6:12-cv-00031-RFD-CMH |
| Swarm Sharing Hash Files 6D59B29B0E51E9B5B4C0F9192CE99ED5E C5457E8,6FC0F9C7F041DC36283D54B1FA 29399EAEC2A8,F1F946C2054A0F885AC01 FB07A935F4F238DD391 and Does 1-1,341 | ) |
|     Defendant | ) |

**PETITION FOR ADMISSION PRO HAC VICE**

In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of John Doe # 1159, corresponding with IP address 98.207.222.178 in the above described action.

1. I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Central District of California.

2. Attached hereto is a certificate of good standing from such court and payment of the applicable fee of $25.00 has been made through this court's CM/ECF document filing system.

3. There have been no disciplinary proceedings or criminal charges against me.

4. In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, Carlos Zelaya of Mumphrey Law Firm, LLC is appointed as local counsel.

5.  I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.Cr.P.49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with the receipt of email notices and have verified that any such software installed on my computer or network will not filter our messages sent from enoticing@lawd.uscourts.gov. I understand that this electronic notice will be in lieu of notice by any other means. I understand that it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully Submitted,

April 30, 2012

Signature of Applying Attorney
Nicholas Ranallo, Attorney at Law
California Bar # 275016
371 Dogwood Way,
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

Signature of Local Counsel
Carlos Zelaya  # 22910
Mumphrey Law Firm, LLC
330 Oak Harbor Blvd., Suite D
Slidell, LA 70458
(985) 649-0709
Fax: (985) 649-5706
czelaya@mumphreylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Petition for Admission *Pro Hac Vice* was filed May 3, 2012 via the Court's CM/ECF system which will send Notice of Filing to the below listed recipients.

s/ Carlos A. Zelaya, II

*Via ECF Filing:*

Christina N. Boffen
cboffen@gmail.com

William Scarth Clark
sclark@bestkoeppel.com

Christine August Guillory
cguillory@frilot.com

Paul A. Lesko
plesko@simmonsfirm.com

David W. Nance
david@dwnance.com

Morgan E. Pietz
mpietz@pietzlawfirm.com

Joseph C Peiffer
jpeiffer@fishmanhaygood.com