# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| 4:Twenty Media, Inc. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | )   CASE NO.: 6:12-cv-00031-RFD-CMH |
| | ) |
| Swarm Sharing Hash Files | ) |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5E | ) |
| C5457E8,6FC0F9C7F041DC36283D54B1FA | ) |
| 29399EAEC2A8,F1F946C2054A0F885AC01 | ) |
| FB07A935F4F238DD391 and Does 1-1,341 | ) |
| | ) |
|     Defendant | ) |

## OMNIBUS MOTION TO QUASH OR, IN THE ALTERNATIVE,
## TO SEVER AND DISMISS

COMES NOW, Movant John Doe # 1159 (IP Address 98.207.222.178) in the instant action, and respectfully submits this Omnibus Motion to Quash or, in the alternative, to Sever and Dismiss. The instant subpoena was issued by Plaintiff and delivered to Movant through Movant's Internet Service Provider (hereinafter 'ISP'), pursuant to Fed. R. Civ. P. 45(c)(3). The subpoena being contested was issued pursuant to the Court's January 24, 2012 Order Granting Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. No. 6).

Alternatively, Movant seeks to be dismissed from this action, as the Court lacks personal jurisdiction over the moving defendant and early discovery to ascertain his identity is therefore inappropriate in this action.

Finally, Movant seeks to be severed from this action pursuant to Fed. R. Civ. P. 21 because Movant has been improperly joined pursuant to Fed. R. Civ. P. 20(a)(2). Even if

Plaintiff has satisfied the standards for joinder articulated in Rule 20(a)(2), Movant requests that this court use it's discretion under FRCP 21 to sever Doe Defendants 2-1341.

Movant relies on this motion, the simultaneously filed Memorandum in Support, and Supporting Affidavit of Movant.

WHEREFORE, Movant respectfully requests that this Court grant its motion to quash, or, alternatively, dismiss Movant based on lack of personal jurisdiction and issue an order severing Does 2-1341 as improperly joined parties, and issue any other orders or grant any further relief to which Movant may justly be entitled.

Respectfully Submitted,

s/ Nicholas Ranallo _____    s/ Carlos A. Zelaya II _____

COUNSEL FOR DOE # 1159              Carlos A. Zelaya, II (#22900)
Nicholas Ranallo, Attorney at Law       Mumphrey Law Firm, LLC
California Bar # 275016                  330 Oak Harbor Blvd., Suite D
371 Dogwood Way,                        Slidell, LA 70458
Boulder Creek, CA 95006                 (985) 649-0709
(831) 703-4011                          Fax: (985) 649-5706
Fax: (831) 533-5073                     czelaya@mumphreylaw.com
nick@ranallolawoffice.com
*PHV Application Pending*                Local Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Omnibus Motion to Quash or, in the Alternative, to Sever and Dismiss was filed May 3, 2012 via the Court's CM/ECF system which will send Notice of Filing to the below listed recipients.

<u>s/ Carlos A. Zelaya, II</u>

*Via ECF Filing:*

Christina N. Boffen
cboffen@gmail.com

William Scarth Clark
sclark@bestkoeppel.com

Christine August Guillory
cguillory@frilot.com

Paul A. Lesko
plesko@simmonsfirm.com

David W. Nance
david@dwnance.com

Morgan E. Pietz
mpietz@pietzlawfirm.com

Joseph C Peiffer
jpeiffer@fishmanhaygood.com