UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
WESTERN ~~Shreveport~~ DIVISION

4 Twenty Media Inc.
_____

**VERSUS**

Swarm
_____

CASE NO. 6:12-CV-00031-RFD-CMH
_____

JUDGE Rebecca F. Doherty
_____

MAGISTRATE C. Michael Hill
_____

### PETITION FOR ADMISSION PRO HAC VICE

In accordance with the Uniform Local Rules for the United States District Court, Western

District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for

the purpose of appearing on behalf of Doe #1329 _____ in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of

    the bar of the United States District Court for the District of Columbia _____ or the

    bar of the _____ court, which is the highest court of such state.

- Attached hereto is a certificate of good standing from such court, and payment of the

    applicable fee of $25.00, made payable to "Clerk, U.S. District Court."

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Uniform Local Rules for the United States District Court, Western
    Tiffany Peters-Lewis
    District of Louisiana, _____ of the firm of Perkins & Associates is

    appointed as local counsel.

• I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of

entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed..Cr. P. 49, LR

5.7.10.  I also agree to receive notice electronically from other parties and the court via

electronic mail. I understand that electronic mail filter software (SPAM filter) may

interfere with receipt of e-mail notices and have verified that any such software installed

on my computer or network will not filter our messages sent from

enoticing@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice

by any other means.  I understand it is my responsibility to advise the Clerk's Office

promptly in writing of any physical address changes and/or update my electronic mail

address within the court's electronic filing system.

Respectfully submitted,

_____
Signature of applying attorney

_____
Signature of Local Counsel

PLEASE TYPE OR PRINT LEGIBLY:

Name: Eric Menhart

Firm: Lexero Law

Address: 1200 G St NW,
Suite 800, Washington, DC 20005

Telephone: 202-904-2818

Fax: 202-403-3436

E-mail: Eric.Menhart@Lexero.com

Additional e-mail(s):

_____

_____

LOCAL COUNSEL INFORMATION

Name: Tiffany Peters-Lewis

Firm: Perkins & Associates

Address: 401 Market Street, Suite 900
Shreveport, LA 71101

Telephone: 318-540-3810

Fax: 318-222-0458

E-mail: peters-lewis@perkinsfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on ~~May 4, 2012~~ , I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: ~~Christina Boelen~~, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: ~~Tiffany Peters-Lewis~~
Firm: ~~Perkins & Associates~~
Address: ~~401 Market Street, Ste. 900~~
~~Shreveport, LA 71101~~
Telephone: ~~318-222-2426~~
Fax: ~~318-222-0458~~
E-Mail: ~~peters-lewis@perkinsfirm.com~~

CERTIFICATE OF SERVICE

I hereby certify that on _May 4, 2012_ , I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: _William Clark_ , and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____ .

Name: _Tiffany Peters-Lewis_
Firm: _Perkins & Associates_
Address: _401 Market Street, Ste. 900_
_Shreveport, LA 71101_
Telephone: _318-222-2426_
Fax: _318-227-0458_
E-Mail: _peters-lewis@perkinsfirm.com_

CERTIFICATE OF SERVICE

I hereby certify that on _May 4, 2012_ , I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: _Christine Guillory_ and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: _Tiffany Peters-Lewis_
Firm: _Perkins & Associates_
Address: _401 Market Street, Ste. 900_
_Shreveport, LA 71101_
Telephone: _318-222-2426_
Fax: _318-222-0458_
E-Mail: _peters-lewis@perkinsfirm.com_

CERTIFICATE OF SERVICE

I hereby certify that on ___May 4, 2012___, I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: ___Paul Lesko___, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: _Tiffany Peters-Lewis_

Firm: _Perkins & Associates_

Address: _401 Market Street, Ste. 900_

_Shreveport, LA 71101_

Telephone: _318-222-2426_

Fax: _318-222-0458_

E-Mail: _peters-lewis@perkinsfirm.com_

CERTIFICATE OF SERVICE

I hereby certify that on ___May 4, 2012___, I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: ___David Dance___, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: _Tiffany Peters-Lewis_

Firm: _Perkins & Associates_

Address: _401 Market Street, Ste. 800_
_Shreveport, LA 71101_

Telephone: _318-222-2426_

Fax: _318-222-0458_

E-Mail: _peters-lewis@perkinsfirm.com_

## CERTIFICATE OF SERVICE

I hereby certify that on _May 4, 2012_ , I presented the foregoing Petition for
Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF
system which will send notification of such filing to the following: _Joseph Peiffer_ ,
and I hereby certify that I have mailed by United States Postal Service this filing to the following
non-CM/ECF participants: _____.

Name: _Tiffany Peters-Lewis_
Firm: _Perkins & Associates_
Address: _401 Market Street, Ste. 900_
_Shreveport, LA 71101_
Telephone: _318-222-2426_
Fax: _318-222-0458_
E-Mail: _peters-lewis@perkinsfirm.com_

CERTIFICATE OF SERVICE

I hereby certify that on ~~May 4, 2012~~, I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: ~~Morgan Prietz~~, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: ~~Peggy Peters-Lewis~~
Firm: ~~Perkins & Associates~~
Address: ~~401 Market Street, Ste. 900~~
~~Shreveport, LA 71101~~
Telephone: ~~318-222-2426~~
Fax: ~~318-222-0458~~
E-Mail: ~~peters-lewis@perkinsfirm.com~~

CERTIFICATE OF SERVICE

I hereby certify that on _May 4, 2012_ , I presented the foregoing Petition for Admission Pro Hac vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: _Carlos Zelaya, II._ and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

Name: _Anthony Peters-Lewis_
Firm: _Perkins & Associates_
Address: _401 Market St, Ste. 900_
_Shreveport, LA 71101_
Telephone: _318-222-2426_
Fax: _318-222-0458_
E-Mail: _peters-lewis@perkinsfirm.com_