## CASES

*ADL, LLC v. Tirakian*, No. cv-2006-5076(SFJ)(MDG), 2007 WL 1834517 (E.D.N.Y. 2007)............................................................................................- 11 -

*Ariaz-Zeballow v. Tan*, No. 06 Civ. 1268, 2007 WL 210112 (S.D.N.Y. Jan. 25, 2007)............................................................................- 11 -

*Berlin Media Art e.k. v. Doe*, 2012 U.S. Dist. LEXIS 7888 (N.D. Cal. 2012)...............- 9 -

*BMG Music v. Does 1-208*, No. Civ.A. 04-650, 2004 WL 953888 (E.D. Pa., April 2, 2004)..................................................................................- 9 -

*Boy Racer v. Does*, 2011 U.S. Dist. LEXIS 86746 (N.D. Cal. Aug. 5, 2011) ................- 9 -

*Burstein v. State Bar of California*, 693 F.2d 511, 517 (5th Cir. 1982).......................- 6 -

*Calder v. Jones*, 465 U.S. 783, 790 (1984) ................................................................- 6 -

*Cinetel Films, Inc., et al v. Does 1-1052*, No. 11-cv-2438-JFM (D. Md. 2012)...........- 9 -

*Digital Sin, Inc. v. Does 1-176*, CV-12-00126, 2012 WL 263491 (S.D.N.Y. 2012)........................................................................................- 12 -

*Digital Sin, Inc. v. Does 1-5698*, 2011 WL 5362068 (N.D. Cal. 2011) .......................- 10 -

*Flatow v. Islamic Republic of Iran*, 196 F.R.D. 203, 206 (D.D.C. 2000).....................- 11 -

*GTE New Media Services Inc. v. BellSouth Corp.*, 199 F.3d 1343 (D.C. Cir. 2000)..........................................................................................- 7 -

*Hard Drive Productions, Inc. v. Does 1-188*, 809 F. Supp. 2d 1150 (N.D. Cal. 2011) ...............................................................................................................- 10 -

*Hard Drive Productions, Inc., v. Does 1-90*, No. 5:11-cv-03825 (N.D. Cal., 2012)................................................................................- 7 -

*Hard Drive Productions, Inc., v. Does 1-90*, No. 5:11-cv-03825 (N.D. Cal., 2012)................................................................................- 11 -

*Int'l Shoe Co. v. Wash.*, 326 U.S. 310, 316 (1945) ......................................................- 6 -

*Langford v. Chrysler Motors Corp.*, 513 F.2d 1121, 1126 (2nd Cir. 1975).................- 11 -

*Liberty Media Holdings, LLC v. Bittorrent Swarm*, 277 F.R.D. (S.D. 2011) ............................................................................................- 9 -