

RECEIVED
MAY 2 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH ) |
| SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, F1F946C2054A0F885AC01FB07A935F4F238DD391; AND DOES 1-1,341, | ) ) ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANTS

Upon the Plaintiff's Voluntary Motion to Dismiss a Specific Doe Defendants it is hereby:

ORDERED that the Doe Defendants specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendants (dated May 18, 2012) be dismissed from this action.

The following Doe Defendants are dismissed **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 88 | 24.147.138.188 | Comcast Corporation |
| 180 | 76.103.204.55 | Comcast Corporation |
| 975 | 24.147.138.188 | Comcast Corporation |
| 1072 | 24.99.58.105 | Comcast Corporation |
| 1080 | 71.192.89.39 | Comcast Corporation |
| 1101 | 98.225.40.158 | Comcast Corporation |
| 1312 | 76.97.130.211 | Comcast Corporation |

The following Doe Defendants are dismissed **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 4 | 72.66.77.67 | Verizon Communications Inc. |

1

| 22 | 74.96.85.243 | Verizon Communications Inc. |
| 188 | 74.105.231.191 | Verizon Communications Inc. |
| 250 | 173.78.202.222 | Verizon Communications Inc. |
| 478 | 67.6.31.66 | CenturyLink, Inc (Qwest Communications) |
| 531 | 108.41.56.78 | Verizon Communications Inc. |
| 647 | 69.112.7.174 | CSC Holdings, LLC (Optimum) |
| 811 | 24.45.165.68 | CSC Holdings, LLC (Optimum) |
| 1050 | 67.85.112.100 | CSC Holdings, LLC (Optimum) |
| 1122 | 72.220.34.251 | Cox Communications, Inc. |
| 1163 | 24.176.164.132 | Charter Communications, Inc. |
| 1232 | 68.4.234.8 | Cox Communications, Inc. |
| 1293 | 68.9.156.154 | Cox Communications, Inc. |

After this dismissal, 696 John Does will remain ~~in this action~~.

DATED: 5/22/12          By: _[signature: Rebecca ...]_