IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 6:12-cv-00031-RFD-CMH |
| ) | |
| SWARM SHARING HASH FILES ) | |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, ) | |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, ) | ***JURY TRIAL DEMANDED*** |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; ) | |
| AND DOES 1-1,341, ) | |
| *Defendants*. ) | |
| ) | |

## ~~PROPOSED~~ ORDER

Upon the Plaintiff's Motion for Extension of Time to Name and Serve Defendants Pursuant to Fed. R. Civ. P. 4(m) it is hereby:

[ ] ORDERED that the Court extend the time by which Plaintiff must name and serve the Defendants in this case to a reasonable time after Plaintiff has received the identifying information for all Defendants.

OR

[X] ORDERED that the Court extend the time by which Plaintiff must name and serve all Defendants in this case to an additional 120 days, up to and including September 6, 2012.

DATED: May 23, 2012
Lafayette, Louisiana

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE