IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| 4: Twenty Media Inc., | : | |
| | : | |
| | : | |
| Plaintiff, | : | No. 6:12-CV-00031- |
| | : | RFD-CMH |
| v. | : | |
| | : | |
| SWARM SHARING HASH FILES | : | |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, | : | |
| 6FC0F9C7FQ41DC36283D5B1FA29E993EA3EC2A8, | : | |
| F1F946C2054A0F885AC01FB07A935F4238DD391, | : | |
| AND DOES 1-1,341, | : | |
| | : | |
| Defendants. | : | |

**PETITION FOR ADMISSION PRO HAC VICE**

In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, application is made by John P. Deckers to be admitted *pro hac vice* to the bar of this court for the purpose of appearing on behalf John Doe #609 (named as having IP address 173.75.219.93) in the above-described action.

1.  I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Delaware.

2.  Attached hereto is a certificate of good standing from such court, and payment of the applicable fee of $25.00, made payable to "Clerk, U.S. District Court."

3.  No disciplinary proceedings or criminal charges have been instituted against me.

1

4. In accordance with the Uniform Local Rules for the United States District court, Western District of Louisiana, W. Scarth Clark of the firm of Koeppel Traylor, LLC is appointed as local counsel.

5. I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from enoticing@lawd.uscourts.gov. I understand that this electronic notice will be in lieu of notice by any other means. I understand that it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted this  25th  day of May, 2012.

| | |
|---|---|
| _/s/ **John P. Deckers**_ | _/s/ **W. Scarth Clark**_ |
| Signature of applying attorney | Signature of Local Counsel |
| | |
| John P. Deckers, Esquire | W. Scarth Clark, Esquire |
| DE Bar # 3085 | LA Bar # 22993 |
| JOHN P. DECKERS, P.A. | KOEPPEL TRAYLOR |
| 800 N. King Street, Suite 303 | 2030 St. Charles Ave. |
| Wilmington, DE 19801 | New Orleans, LA 70130 |
| 302-656-9850 | 504-598-1000 |
| Fax: 302-656-9836 | Fax: 504-524-1024 |
| john@johndeckerslaw.com | sclark@koeppeltraylor.com |

**CERTIFICATE OF SERVICE**

I hereby certify that, on May  25 , 2012, I caused a true and correct copy of the foregoing **Petition for Admission Pro Hac Vice** to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all registered parties including Plaintiff, 4:Twenty Media, Inc.

     /s / W. Scarth Clark

W. Scarth Clark, Esquire
Bar # 22993
Koeppel Traylor
2030 St. Charles Ave.
New Orleans, LA  70130
504-598-1000
Fax:  504-524-1024
sclark@koeppeltraylor.com