UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **4 TWENTY MEDIA INC** | **CIVIL ACTION NO. 6:12CV31** |
| **VERSUS** | **JUDGE DOHERTY** |
| **SWARM SHARING HASH FILES 6D59B29B0E51E9B** | **MAGISTRATE JUDGE HILL** |

### NOTICE OF MOTION SETTING WITH ORAL ARGUMENT

Please take notice that the Motion or Reconsideration, Motion to Quash Outstanding Subpoenas, Motion to Sever all Does other than John Doe number one (Document No. 132) filed by John Doe #404 on June 1, 2012 will be considered by Magistrate Judge C. Michael Hill at the next regular motion date which is July 18, 2012.  Unless you are notified to the contrary, **oral argument will be heard** commencing at 10:00 a.m. in Courtroom 6 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

### Deadlines

Any response to said motion is due within twenty-one (21) days after service of the motion (see LR 7.5).  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.  The movant may **seek leave of court to file a reply** within ten **(10) calendar days** after the memorandum in opposition is filed.  Any reply shall be limited to six (6) double-spaced and typed pages.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. C. Michael Hill
> United States Magistrate Judge
> 800 Lafayette St., Suite 3400
> Lafayette, Louisiana 70501

**DATE OF NOTICE: June 4, 2012.**

> TONY R. MOORE
> CLERK OF COURT

COPY SENT
DATE:       June 4, 2012
BY:         tlk
TO:         CMH, M. Davenport