### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:12-cv-00031-RFD-CMH |
| | ) |
| SWARM SHARING HASH FILES | ) |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, | ) |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, | ) **JURY TRIAL DEMANDED** |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; | ) |
| AND DOES 1-1,341, | ) |
| Defendants. | ) |
| | ) |

### <u>VOLUNTARY MOTION TO DISMISS SPECIFIC DOE DEFENDANTS</u>

       Plaintiff hereby files this Voluntary Motion to Dismiss Specific Doe Defendants, through

which it dismisses the Doe Defendants listed below.  This Voluntary Motion to Dismiss is

specific to the 5 Doe Defendants identified below and does not apply to any Defendants other

than those listed herein. After this dismissal 588 John Does will remain in this action.

       Plaintiff hereby dismisses the following Doe Defendant **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 20 | 174.25.21.23 | Qwest Communications |
| 582 | 71.179.21.80 | Verizon Internet Services |
| 1119 | 69.242.151.205 | Comcast Cable |
| 1255 | 75.180.53.41 | Road Runner |
| 1319 | 76.88.158.192 | Road Runner |

Dated:  June 22, 2012                    Respectfully submitted,
                                     SIMMONS BROWDER GIANARIS
                                       ANGELIDES & BARNERD LLC

By:  /s/ Paul A.  Lesko
Paul A. Lesko – LA Bar No. 26567
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Attorney for Plaintiff 4: Twenty Media Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record as set forth below:

Eric Menhart
LEXERO LAW
1200 G. St. NW
Suite 800
Washington, DC  20005
202.904.2818
202.403.3436 (Fax)
Eric.Menhart@lexero.com

 Local Counsel:
Tiffany Peter-Lewis
PERKINS & ASSOCIATES
401 Market St., Suite 900
Shreveport, LA  71101
318.540.3810
318.222.0458 (Fax)
peters-lewis@perkinsfirm.com

Christina N. Boffen, Esq.
Bar#29851 (US District Court for MD)
The Law Office of
CHRISTINA N. BOFFEN, LLC
216 N. Crain Hwy, Suite 202A
Glen Burnie, MD  21061
410.718.2929
410.747.3741 (Fax)
cboffen@gmail.com

Local Counsel:
W. Scarth Clark, Esq.
Bar #22993
KOEPPEL TRAYLOR, LLC
2030 St. Charles Ave.
New Orleans, LA  70130
504.598.1000
504.524.1024 (Fax)
sclark@koeppeltraylor.com

Gary K. Marshall

WSBA #15344 (US District Court, WDWA)
LAW OFFICE of GARY MARSHALL
9706 4th Ave., NE, Suite 320
Seattle, WA 98115
206.524.0655
206.524.1302
gmarshall@marshallcomputer.com


Local Counsel:
W. Scarth Clark, Esq.
Bar #22993
KOEPPEL TRAYLOR, LLC
2030 St. Charles Ave.
New Orleans, LA 70130
sclark@koeppeltraylor.com

Nicholas Ranallo, Attorney at Law
CA Bar #275016
371 Dogwood Way
Boulder Creek, CA 95006
831.703.4011
831.533.5073 (Fax)
nick@ranallolawoffice.com

Local Counsel:
Carlos Zelaya
MUMPHREY LAW FIRM, LLC
330 Oak Harbor Blvd., Suite D
Slidell, LA 70458
985.649.0709
985.649.5706 (Fax)
ezelay@mumphreylaw.com

Morgan E. Pietz
CA Bar No. 260629
THE PIETZ LAW FIRM
3770 Highland Ave, Ste. 206
Manhattan Beach, CA 90266
310.424.5557
310.546.5301 (Fax)
mpietz@pietzlawfirm.com

Local Counsel:
Christine A. Guillory
LA Bar No. 32149
FRILOT, LLC
1100 Poydras Street, Ste. 3700
New Orleans, LA  70163
504.599.8036
504.619.4989 (Fax)
cguillory@frilot.com


 */s/ Paul A. Lesko*
 Attorney for Plaintiff 4:Twenty Media Inc.