IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:12-cv-00031-RFD-CMH |
| ) | |
| SWARM SHARING HASH FILES ) | |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, ) | |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, ) | JURY TRIAL DEMANDED |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; ) | |
| AND DOES 1-1,341, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANTS**

Upon the Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendants it is hereby:

ORDERED that the Doe Defendants specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendants (dated June 22, 2012) be dismissed from this action.

The following Doe Defendants are dismissed with prejudice:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 20 | 174.25.21.23 | Qwest Communications |
| 582 | 71.179.21.80 | Verizon Internet Services |
| 1119 | 69.242.151.205 | Comcast Cable |
| 1255 | 75.180.53.41 | Road Runner |
| 1319 | 76.88.158.192 | Road Runner |

After this dismissal, 588 John Does will remain in this action.

DATED:_____      By:_____