UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **4 TWENTY MEDIA INC** | **CASE NO.   6: 12-CV-0031** |
| vs. | **JUDGE DOHERTY** |
| **SWARM SHARING HASH FILES 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8 et al** | **MAGISTRATE JUDGE HILL** |

### MINUTES OF COURT
### MOTION HEARING

| | |
|---|---|
| Date:   5/16/2012 | Presiding: Magistrate. Judge Hill |
| Court Opened: 11:40 a.m. | Courtroom Deputy: Molly Davenport |
| Court Adjourned: 12:00 p.m. | Court Reporter: LaRae Bourque |
| **Statistical Time:   00:20** | |

**APPEARANCES:**
Paul Lesko for the plaintiff
Nicholas Ronallo, by telephone for the defendant John Doe #1159

**CASE CALLED FOR:**
X  Hearing on Motion record document number 132

**COMMENTS:**

    John Doe #436, who previously expressed interest in attending the hearing by telephone, did not appear.

    The Court, after hearing argument on the MOTION for Reconsideration re 6 Order on Motion for Discovery Motion That the Court (1) Reconsider Its Order Granting Early Discovery, (2) Quash Outstanding Subpoenas, and (3) Sever All Does Other Than John Doe Number One by John Doe #404 [rec doc 132], has taken the mater UNDER ADVISEMENT.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE