

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4: TWENTY MEDIA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:12-cv-00031-RFD-CMH |
| ) | |
| SWARM SHARING HASH FILES ) | |
| 6D59B29B0E51E9B5B4C0F9192CE99ED5EC5457E8, ) | |
| 6FC0F9C7F041DC36283D54B1FA29E993EA3EC2A8, ) | JURY TRIAL DEMANDED |
| F1F946C2054A0F885AC01FB07A935F4F238DD391; ) | |
| AND DOES 1-1,341, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER DISMISSING SPECIFIC DOE DEFENDANT

Upon the Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant it is hereby:

ORDERED that the Doe Defendant specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant (dated August 24, 2012) be dismissed from this action.

The following Doe Defendant is dismissed **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 1077 | 108.12.229.102 | Verizon Communications Inc. |

After this dismissal, 504 John Does will remain in this action.

DATED: Aug 28, 2012

By: Richard T. Hick
Judge